Certificate Number: 05781-PAM-DE-032012615

Bankruptcy Case Number: 18-04484


05781-PAM-DE-032012615

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 10, 2018, at 9:23 o'clock AM PST, Marie Reiley completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 10, 2018    By: /s/Allison M Geving

Name: Allison M Geving

Title: President