18-4484

2/27/19

This is to inform you that as of 1/1/19 we have a new address because of having to move cause of our landlords bankruptcy

Our old address was

Douglas + Robin Strouse

402 N. Delaware Ave
Minersville Pa 17954

New address is

120 S. ~~████~~ 2nd

St Clair Pa 17970

ThankYou

*Douglas Strouse*

*Robin E Strouse*

U.S. BANKRUPTCY COURT
2019 MAR -4 PM 1:32
FILED
WILKES-BARRE PA
RE