UNITED STATE BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM G. SCHWAB, ESQ.**, Trustee : <br> For the Estate of Marie J. Reiley, : <br>             Movant, : <br> vs. : <br> : <br> **SCHUYLKILL COUNTY,** : <br> **SCHUYLKILL COUNTY TAX** : <br> **CLAIM BUREAU,** : <br> **MINERSVILLE BOROUGH,** : <br> **MINERSVILLE AREA SCHOOL DISTRICT,** : <br> **MINERSVILLE WATER AUTHORITY** : <br> **ANDREW REILEY** : <br> **NATIONSTAR MORTGAGE LLC D/B/A** : <br> **MR. COOPER,** : <br>            Respondents. : | **Motion to Sell Free and Clear** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an Attorney and is a person of such age and discretion as to be competent to serve papers.

That on April 10, 2019, he served copies of the Court's April 9, 2019 Scheduling Order, a copy of the Filed Motion to Sell Real Property Free and Clear and this Certificate of Service by placing said copies in postpaid envelopes, regular mail, addressed as follows, which are the last known addresses, and by depositing said envelopes and contents in the United States Mail at Lehighton, Pennsylvania, unless previously served electronically via the Court's ECF system:

<ustpregion03.ha.ecf@usdoj.gov>
Office of the United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17108-0960

Karina Velter, Esq.
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

Thomas J. Campion, Jr., Esq.
Marshall Bohorad Thornburg
Price&Campion
1940 West Norwegian Street
PO Box 1280
Pottsville, PA 17901-7280

Andrew Reiley
1011 Howard Avenue,
Pottsville, PA 17901.

1

Schuylkill County
401 N 2nd St.
Pottsville, PA 17901

Schuylkill County Tax Claim Bureau
401 N 2nd St.
Pottsville, PA 17901

Nationstar Mortgage LLC d/b/a Mr. Cooper,
8950 Cypress Waters Blvd.,
Coppell, TX 75019.

Minersville Area School District
1 Battlin' Miner Drive
P.O. Box 787
Minersville, PA 17954

Minersville Borough
2 East Sunburry Street
Minersville, PA 17954

Minersville Water Authority
2 East Sunbury Street
Minersville, PA 17954

**WILLIAM G. SCHWAB & ASSOCIATES**

Date: April 10, 2019      BY:   /s/ Eric James Filer
ERIC JAMES FILER, ESQUIRE
Attorney ID #316314
811-1 Blakeslee Blvd Drive East
P.O. Box 56, Lehighton, PA 18235
(610) 377-5200; (610) 377-5209 (FAX)
efiler@uslawcenter.com