UNITED STATE BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM G. SCHWAB, ESQ.,** Trustee : <br> For the Estate of Marie J. Reiley, : <br>          Movant, : <br> vs. : <br> : <br> **SCHUYLKILL COUNTY,** : <br> **SCHUYLKILL COUNTY TAX** : <br> **CLAIM BUREAU,** : <br> **MINERSVILLE BOROUGH,** : <br> **MINERSVILLE AREA SCHOOL DISTRICT,** : <br> **MINERSVILLE WATER AUTHORITY** : <br> **ANDREW REILEY** : <br> **NATIONSTAR MORTGAGE LLC D/B/A** : <br> **MR. COOPER,** : <br>          Respondents. : | **Motion to Sell Free and Clear** |

## AMENDED CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an Attorney and is a person of such age and discretion as to be competent to serve papers.

That on April 10, 2019, he served copies of the Court's April 9, 2019 Scheduling Order, a copy of the Filed Motion to Sell Real Property Free and Clear and this Amended Certificate of Service by placing said copies in postpaid envelopes, regular mail, addressed as follows, which are the last known addresses, and by depositing said envelopes and contents in the United States Mail at Lehighton, Pennsylvania, unless previously served electronically via the Court's ECF system:

| | |
|---|---|
| ustpregion03.ha.ecf@usdoj.gov <br> Office of the United States Trustee <br> 228 Walnut Street, Suite 1190 <br> Harrisburg, PA 17108-0960 | Karina Velter, Esq. <br> Manley Deas Kochalski LLC <br> P.O. Box 165028 <br> Columbus, OH 43216-5028 |
| Thomas J. Campion, Jr., Esq. <br> Marshall Bohorad Thornburg <br> Price&Campion <br> 1940 West Norwegian Street <br> PO Box 1280 <br> Pottsville, PA 17901-7280 | Andrew Reiley <br> 1734 West Market Street <br> Apartment 5 <br> Pottsville, PA 17901 |

1

| | |
|---|---|
| Schuylkill County<br>401 N 2nd St.<br>Pottsville, PA 17901 | Minersville Area School District<br>1 Battlin' Miner Drive<br>P.O. Box 787<br>Minersville, PA 17954 |
| Schuylkill County Tax Claim Bureau<br>401 N 2nd St.<br>Pottsville, PA 17901 | Minersville Borough<br>2 East Sunburry Street<br>Minersville, PA 17954 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper,<br>8950 Cypress Waters Blvd.,<br>Coppell, TX 75019. | Minersville Water Authority<br>2 East Sunbury Street<br>Minersville, PA 17954 |

**WILLIAM G. SCHWAB & ASSOCIATES**

Date: April 11, 2019　　　BY:　/s/ Eric James Filer
　　　　　　　　　　　　　　ERIC JAMES FILER, ESQUIRE
　　　　　　　　　　　　　　Attorney ID #316314
　　　　　　　　　　　　　　811-1 Blakeslee Blvd Drive East
　　　　　　　　　　　　　　P.O. Box 56, Lehighton, PA 18235
　　　　　　　　　　　　　　(610) 377-5200; (610) 377-5209 (FAX)
　　　　　　　　　　　　　　efiler@uslawcenter.com