```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 18-04484-RNO
Marie J. Reiley                                                 Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: CGambini     Page 1 of 1     Date Rcvd: Apr 09, 2019
                      Form ID: orreshrg     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2019.
aty            +William G. Schwab & Associates,    811 Blakeslee Blvd, Drive East,    PO Box 56,    Lehighton, PA 18235-0056

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2019 at the address(es) listed below:
       Alexandra Teresa Garcia    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
       Amanda Lindsay Rauer    on behalf of Creditor    BANK OF AMERICA, N.A. amanda.rauer@pkallc.com, chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;harry.reese@pkallc.com
       Eric James Filer    on behalf of Trustee William G Schwab (Trustee) efiler@uslawcenter.com, ecf@uslawcenter.com
       James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
       Jill Manuel-Coughlin    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkjllc.com, chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
       Karina Velter    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com
       Raymond M Kempinski    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
       Thomas J. Campion, Jr    on behalf of Debtor 1 Marie J. Reiley tjc@pottsvillelaw.com
       United States Trustee    ustpregion03.ha.ecf@usdoj.gov
       William G Schwab    on behalf of Trustee William G Schwab (Trustee) ECF@uslawcenter.com, schwab@uslawcenter.com
       William G Schwab (Trustee)    schwab@uslawcenter.com, wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                                                         TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Marie J. Reiley,

**Debtor 1**

Chapter: 7

Case number: 5:18−bk−04484−RNO

Document Number: 37

Matter: Motion for Sale Free and Clear of Liens

WILLIAM G. SCHWAB, ESQ., Trustee
For the Estate of Marie J. Reiley
**Movant(s)**

vs.

SCHUYLKILL COUNTY,
SCHUYLKILL COUNTY TAX
CLAIM BUREAU,
MINERSVILLE BOROUGH,
MINERSVILLE AREA SCHOOL DISTRICT,
MINERSVILLE WATER AUTHORITY
ANDREW REILEY
NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
**Respondent(s)**

## Order

Unless earlier served through CM/ECF, **IT IS ORDERED** that service of this Order and the above−referenced Motion shall be made by the moving party on all respondent(s) named in the Motion claiming an interest in the property, counsel, and in a Chapter 11 case service shall also be made upon the Trustee, if any, U.S. Trustee and the individuals identified in F.R.B.P. 4001(a)(1) and L.B.R 4001−6. Service shall be made within seven (7) days from the date hereof and certification of service filed with this Court within fourteen (14) days from the date hereof.

**IT IS FURTHER ORDERED** that answers to the Motion must be served on the moving party and a copy filed with this Court, within fourteen (14) days from the service date of this Order. If no Response is filed, relief may be granted. A hearing will be held if a responsive pleading is timely filed, requested by the moving party, or ordered by the Court. If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the below date and time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: 5/14/19 Time: 09:30 AM |
|---|---|

Dated: April 9, 2019

By the Court,

*Robt N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: CGambini, Deputy Clerk

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

orreshrg(5/18)