```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 18-04484-RNO
Marie J. Reiley                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: CGambini     Page 1 of 1     Date Rcvd: May 06, 2019
                   Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2019.
aty         +William G. Schwab & Associates,    811 Blakeslee Blvd, Drive East,    PO Box 56,    Lehighton, PA 18235-0056

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2019                            Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2019 at the address(es) listed below:

       Alexandra Teresa Garcia    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
       Amanda Lindsay Rauer    on behalf of Creditor    BANK OF AMERICA, N.A. amanda.rauer@pkallc.com, chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkjllc.com;mary.raynor-paul@pkallc.com;harry.reese@pkallc.com
       Eric James Filer    on behalf of Trustee William G Schwab (Trustee) efiler@uslawcenter.com, ecf@uslawcenter.com
       James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
       Jill Manuel-Coughlin    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkjllc.com, chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
       Karina Velter    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com
       Raymond M Kempinski    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
       Thomas J. Campion, Jr    on behalf of Debtor 1 Marie J. Reiley tjc@pottsvillelaw.com
       United States Trustee    ustpregion03.ha.ecf@usdoj.gov
       William G Schwab    on behalf of Trustee William G Schwab (Trustee) ECF@uslawcenter.com, schwab@uslawcenter.com
       William G Schwab (Trustee)    schwab@uslawcenter.com, wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                      TOTAL: 11

UNITED STATE BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re: MARIE J. REILEY | : | Chapter 7 |
|---|---|---|
| | : | |
| Debtor. | : | Case No. 5:18-04484-JJT |

## ORDER

AND NOW, upon consideration of the Trustee's Motion to Abandon 612 West Market St., Pottsville, PA 17901; 614 West Market St., Pottsville, PA 17901; 624 West Arch St., Pottsville, PA 17901; and 212 N. Second St., Pottsville, PA 17901., it is hereby ORDERED and DECREED that the Motion is GRANTED; it is further

ORDERED that the Trustee is Authorized to abandon 612 West Market St., Pottsville, PA 17901; 614 West Market St., Pottsville, PA 17901; 624 West Arch St., Pottsville, PA 17901; and 212 N. Second St., Pottsville, PA 17901.; and it is further

ORDERED that the Trustee is Authorized to execute any documents necessary to facilitate said abandonment.

Dated: May 6, 2019

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (RR)

1