UNITED STATE BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: MARIE J. REILEY | : | Chapter 7 |
| Debtor. | : | Case No. 5:18-04484-RNO |

| | | |
|---|---|---|
| WILLIAM G. SCHWAB, ESQ., Trustee For the Estate of Marie J. Reiley, Movant, vs. SCHUYLKILL COUNTY, SCHUYLKILL COUNTY TAX CLAIM BUREAU, MINERSVILLE BOROUGH, MINERSVILLE AREA SCHOOL DISTRICT, MINERSVILLE WATER AUTHORITY ANDREW REILEY NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, Respondents. | : | Motion to Sell Free and Clear |

## CO-OWNER'S AGREEMENT TO SELL

I, Andrew Reiley, have received copies of the Trustee's April 9, 2019 Motion to Sell 402 N. Delaware Ave., Minersville, PA. I am the co-owner of 402 N. Delaware Ave., Minersville, PA, with Marie J. Reily. I am not opposing the motion or the sale of the 402 N. Delaware Ave., Minersville, PA., including the sale of my interest in said property.

Date: 5-3-19

_____
Andrew Reiley

1