```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 18-04484-RNO
Marie J. Reiley                                                     Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: CGambini      Page 1 of 1      Date Rcvd: May 08, 2019
                     Form ID: pdf010     Total Noticed: 8

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2019.
aty            +William G. Schwab & Associates,    811 Blakeslee Blvd, Drive East,    PO Box 56,
                 Lehighton, PA 18235-0056
              #+Andrew Reiley,    1011 Howard Avenue,,    Pottsville, PA 17901-3423
               +Minersville Area School District,    1 Battlin Miner Drive,    PO Box 787,
                 Minersville, PA 17954-0787
               +Minersville Borough,    2 East Sunburry Street,    Minersville, PA 17954-1719
               +Minersville Water Authority,    2 East Sunbury Street,    Minersville, PA 17954-1719
               +Nationstar Mortgage LLC,    d/b/a Mr Cooper,    8950 Cypress Waters Blvd,
                 Coppell, TX 75019-4620
               +Schuylkill County,    401 N 2nd St,    Pottsville, PA 17901-1757

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
               +E-mail/Text: atoomey@co.schuylkill.pa.us May 08 2019 19:08:18
                 Schuylkill County Tax Claim Bureau,    401 N 2nd St,    Pottsville, PA 17901-1756
                                                                                               TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2019 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Amanda Lindsay Rauer    on behalf of Creditor    BANK OF AMERICA, N.A. amanda.rauer@pkallc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
               aynor-paul@pkallc.com;harry.reese@pkallc.com
              Eric James Filer    on behalf of Trustee William G Schwab (Trustee) efiler@uslawcenter.com,
               ecf@uslawcenter.com
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Karina Velter    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               amps@manleydeas.com
              Raymond M Kempinski    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Thomas J. Campion, Jr    on behalf of Debtor 1 Marie J. Reiley tjc@pottsvillelaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William G Schwab    on behalf of Trustee William G Schwab (Trustee) ECF@uslawcenter.com,
               schwab@uslawcenter.com
              William G Schwab (Trustee)    schwab@uslawcenter.com,
               wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                                               TOTAL: 11
```

UNITED STATE BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: MARIE J. REILEY | : | Chapter 7 |
| | : | |
| Debtor. | : | Case No. 5:18-04484-RNO |

| | | |
|---|---|---|
| WILLIAM G. SCHWAB, ESQ., Trustee | : | |
| For the Estate of Marie J. Reiley, | : | |
| Movant, | : | |
| vs. | : | Motion to Sell Free and Clear |
| | : | |
| SCHUYLKILL COUNTY, | : | |
| SCHUYLKILL COUNTY TAX | : | |
| CLAIM BUREAU, | : | |
| MINERSVILLE BOROUGH, | : | |
| MINERSVILLE AREA SCHOOL DISTRICT, | : | |
| MINERSVILLE WATER AUTHORITY | : | |
| ANDREW REILEY | : | |
| NATIONSTAR MORTGAGE LLC D/B/A | : | |
| MR. COOPER, | : | |
| Respondents. | : | |

## ORDER

AND NOW, upon consideration of the Trustee's Motion to Sell Real Property Free and Clear of Liens and Encumbrances, and any response thereto, it is hereby **ORDERED** and **DECREED** that the Motion is **GRANTED**, it is further

**ORDERED** that the Trustee is authorized to sell the real property located at 402 N. Delaware Ave., Minersville, PA 17954 free and clear of liens and encumbrances, including the co-owner's interest, for $11,175.00, plus a buyer's premium of $2,500.00 for Auction.com, for the property; it is further

**ORDERED** that the estate is entitled to its agreed upon carve-out of $7,500.00 to

1

be disbursed pursuant to the priority of the United States Bankruptcy Court as follows:

    a.    Any out-of-pocket expenses advanced by WILLIAM G. SCHWAB, ESQUIRE, in connection with the sale of the aforementioned property, and which have not been reimbursed at the time of settlement, along with a reserve of five (5%) percent for a potential Trustee commission to be held until further Order of Court;

    b.    Any notarization and/or incidental recording fees associated with the sale of the above property;

    c.    Any transfer tax which is the responsibility of the seller herein;

    d.    Any unpaid real estate taxes and other municipal claims/liens arising from the property;

    f.    Any other unpaid liens shall attach to the remaining proceeds; and

    g.    The balance of the proceeds shall be held in the Trustee's escrow account;

and it further

**ORDERED** that the Trustee is authorized to execute all papers and documents necessary to transfer said real estate and to effectuate said sale.

Dated: May 8, 2019

By the Court,

_Robert N. Opel II_ (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (RR)

2