IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
_____

| | |
|---|---|
| IN RE: MARIE J. REILEY | : Chapter 7 |
| | : |
| Debtor | : Case No. 5:18-bk-04484 RNO |

_____

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**
_____

Albert J. Evans, Esquire enters his appearance as counsel for Borough of Minersville ("Creditor") in the above-referenced case. Please send all notices issued in this case to the undersigned at the address below.

        Respectfully submitted,

        FANELLI, EVANS & PATEL, P.C.

        By: /s/ Albert J. Evans
            ALBERT J. EVANS, ESQUIRE
            Attorney I.D. #68872
            No. 1 Mahantongo Street
            Pottsville, PA 17901
            (570) 622-2455
            aevans@feplawyers.com
            *Attorney for Borough of Minersville*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

IN RE: MARIE J. REILEY : Chapter 7
                                                      :
          Debtor : Case No. 5:18-bk-04484 RNO

_____

## CERTIFICATE OF SERVICE
_____

I hereby certify that copies of this Notice of Appearance and Request for Notices was served on the parties listed below by ECF notice (**electronically**):

United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov

Eric James Filer, Esquire, on behalf of William G. Schwab, Chapter 7 Trustee, 811 Blakeslee Blvd. Drive East, PO Box 56, Lehighton, PA 18235, efiler@uslawcenter.com

Thomas J. Campion, Jr., Esquire, 1940 West Norwegian Street, PO Box 1280, Pottsville, PA 17901, tjc@pottsvillelaw.com, Attorney for Debtor, Marie J. Reiley

Karina Velter on behalf of Creditor Bank of America, NA, PO Box 165028, Columbus, OH 43216-5028; amps@manleydeas.com

Alexandra Teresa Garcia | Raymond M. Kempinski for Creditor Bank of America NA; ecfmail@mwc-law.com | ecfmail.courtdrive.com

Jill Manuel-Coughlin for Creditor Bank of America NA
jill@pkjllc.com

Amanda Lindsay Rauer for Creditor Bank of America NA
amanda.rauer@pkallc.com

James Warmbrodt for Creditor Bank of America NA
bkgroup@kmllawgroup.com

                                     FANELLI, EVANS & PATEL, P.C.

                                     By: /s/ Albert J. Evans
                                           ALBERT J. EVANS, ESQUIRE
Date: May 23, 2019                      *Counsel for Borough of Minersville*