# REPORT OF PUBLIC SALE
### 402 N Delaware Ave Minersville, PA
(For Chapter 7, 11 and 13 Cases)

IN RE: Marie J. Reilly           CASE NO. 18-04884

CHAPTER: 7

1. DATE OF SALE: 6-13-2019 TRUSTEE'S ATTORNEY: William G. Schwab
2. AUCTIONEER: Auctions, Inc.
   ATTORNEY FOR CREDITORS COMMITTEE: None
3. BRIEF DESCRIPTION OF ASSETS: See Above
4. ATTENDANCE AT SALE: Online    NUMBER OF LOTS: 1 INTENSITY OF BIDDING: Vigorous
5. SECURITY OF ASSETS DURING SALE: Not Applicable-Online
6. TYPE OF BIDDERS: Commercial
7. BULK BID: None
8. LOT BIDS $13,675[1]     NUMBER:
9. APPRAISER: None     FEE $ N/A
10. AUCTIONEER'S FEE $2500     ADVERTISING COSTS N/A
11. OTHER COSTS $901.25     EXPLAIN: See Attached breakdown
12. HOW WAS SALE ADVERTISED? Online
13. NET AMOUNT REALIZED $10,000

**WILLIAM G. SCHWAB, Trustee**

/s/ William G. Schwab

Reporting Party
William G. Schwab, Trustee

June 24, 2019

(File original with Clerk's office within five (5) days of sale, even if objection is filed, Attach notice(s) of sale produced by auctioneer and auctioneer sheets to copy and forward to U. S. Trustee.)

---

[1] Note that purchase price is $11,175 and that $2,500 is Auction, Inc. Buyer's Premium.
UST-PA-MD- 7 (Apr. 1988)

Previous editions are obsolete

form HUD-1 (3/86) ref Handbook 4305.2

# A. Settlement Statement

U.S. Department of Housing and Urban Development
OMB Approval No. 2502-0265

**B. Type of Loan** UNDERWRITER: First American Title Insurance Co

| 1. ☐ FHA | 2. ☐ FmHA | 3. ☐ Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ Conv. Ins. | | HESH19-63748JRG | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals. WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U. S. Code Section 1001 and Section 1010.

TitleExpress Settlement System
Printed 06/12/2019 at 09:27 JRG

| D. NAME OF BUYER: | MSP MANAGEMENT CAPITAL LLC |
|---|---|
| ADDRESS: | 625 Wyoming Street, Tuscarora, PA 17982 |
| E. NAME OF SELLER: | William G. Schwab, Trustee for Marie J. Reiley |
| ADDRESS: | 402 North Delaware Street, Minersville, PA 17954 |
| F. NAME OF LENDER: | |
| ADDRESS: | |
| G. PROPERTY ADDRESS: | 402 N. Delaware Ave., Minersville, PA 17954 |
| | Minersville Borough |
| H. SETTLEMENT AGENT: | HomeSale Settlement Services |
| PLACE OF SETTLEMENT: | 384 Centre Avenue, Schuylkill Haven, PA 17972 |
| I. SETTLEMENT DATE: | 06/13/2019 |

| J. SUMMARY OF BUYER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BUYER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | 13,675.00 | 401. Contract sales price | 13,675.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to BUYER (line 1400) | 148.75 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by SELLER in advance | | Adjustments for items paid by SELLER in advance | |
| 107. County taxes 06/13/19 to 12/31/19 | 367.14 | 407. County taxes 06/13/19 to 12/31/19 | 367.14 |
| 108. School taxes 06/13/19 to 06/30/19 | 34.53 | 408. School taxes 06/13/19 to 06/30/19 | 34.53 |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BUYER** | **14,225.42** | **420. GROSS AMOUNT DUE TO SELLER** | **14,076.67** |
| 200. AMOUNTS PAID BY OR ON BEHALF OF BUYER | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER | |
| 201. Deposit or earnest money | 2,500.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loans | | 502. Settlement charges to SELLER (line 1400) | 12,324.83 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff:603332818 402 N DELWARE Mr. Cooper | 1,751.84 |
| 205. | | 505. | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by SELLER | | Adjustments for items unpaid by SELLER | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BUYER** | **2,500.00** | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | **14,076.67** |
| 300. CASH AT SETTLEMENT FROM OR TO BUYER | | 600. CASH AT SETTLEMENT TO OR FROM SELLER | |
| 301. Gross amount due from BUYER (line 120) | 14,225.42 | 601. Gross amount due to SELLER (line 420) | 14,076.67 |
| 302. Less amounts paid by/for BUYER (line 220) | 2,500.00 | 602. Less reduction amount due SELLER (line 520) | 14,076.67 |
| **303. CASH FROM BUYER** | **11,725.42** | **603. CASH TO SELLER** | **0.00** |



RECEIVED
JUN 24 2019
BY:



Previous editions are obsolete  
U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT  
SETTLEMENT STATEMENT  
File Number: HESH19-63748  
TitleExpress Settlement System Printed 06/12/2019 at 09:27 JRG  
form HUD-1 (3/86) ref Handbook 4305.2  
PAGE 2

| L. SETTLEMENT CHARGES | | PAID FROM BUYER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $13,675.00 = 335.25 | | | |
| Division of commission (line 700) as follows: | | | |
| 701. $ | to BHHS Homesale Realty - SH | | |
| 702. $ 335.25 | to BHHS Homesale Realty - SH | | |
| 703. Commission paid at Settlement | | | 335.25 |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | |
| 801. Loan Origination Fee % | | | |
| 802. Loan Discount % | | | |
| 803. Appraisal Fee | | | |
| 804. Credit Report | | | |
| 805. Lender's Inspection Fee | | | |
| 806. Mortgage Application Fee | | | |
| 807. Assumption Fee | | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901. Interest From to @$ /day | | | |
| 902. Mortgage Insurance Premium for to | | | |
| 903. Hazard Insurance Premium for to | | | |
| 904. | | | |
| 905. | | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | | |
| 1001. Hazard Insurance mo. @ $ /mo | | | |
| 1002. Mortgage Insurance mo. @ $ /mo | | | |
| 1003. City Property Tax mo. @ $ /mo | | | |
| 1004. County Property Tax mo. @ $ /mo | | | |
| 1005. School Taxes mo. @ $ /mo | | | |
| 1009. Aggregate Analysis Adjustment | | 0.00 | 0.00 |
| 1100. TITLE CHARGES | | | |
| 1101. Settlement or closing fee | | | |
| 1102. Abstract or title search | | | |
| 1103. Title examination | | | |
| 1104. Title insurance binder | | | |
| 1105. Wire Fee-Proceeds | to HomeSale Settlement Services | 30.00 | |
| 1106. Notary Fees | to Notary Public | 5.00 | |
| 1107. Attorney's fees | | | |
| (includes above items No: ) | | | |
| 1108. Title Insurance | to First American Title Insurance Company | | 569.00 |
| (includes above items No: ) | | | |
| 1109. Lender's Policy | NONE | | |
| 1110. Owner's Policy | 13,675.00 - 569.00 | | |
| 1111. | | | |
| 1112. | | | |
| 1113. | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201. Recording Fees Deed $ 96.75 ; Mortgage $ ; Release $ | | 96.75 | |
| 1202. City/County tax/stamps Deed $ 136.75 ; Mortgage $ | | | 136.75 |
| 1203. State Tax/stamps Deed $ 136.75 ; Mortgage $ | | | 136.75 |
| 1204. | | | |
| 1205. | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301. 2019 CountyTax 52-2-559 | to Minersville Borough Tax Collector | | 666.71 |
| 1302. Buyer's Premium | to Auction.com, LLC | | 2,500.00 |
| 1303. Trustee Carve Out Fee | to William G. Schwab, Trustee | | 7,500.00 |
| 1304. Tax Certifications | to HomeSale Settlement Services | 17.00 | |
| 1305. Final Water Acct 579-0 | to BOROUGH of MINERSVILLE | | 178.69 |
| 1306. Final Sewer Acct 579-0 | to BOROUGH of MINERSVILLE | | 181.68 |
| 1307. Final Trash Acct 579-0 | to BOROUGH of MINERSVILLE | | 120.00 |
| 1308. | | | |
| 1400. TOTAL SETTLEMENT CHARGES (enter on lines 103, Section J and 502, Section K) | | 148.75 | 12,324.83 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

MSP MANAGEMENT CAPITAL LLC

By: Michelle Perez Esposito, Owner

William G. Schwab, Trustee for Maria J. Roby

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause funds to be disbursed in accordance with this statement.

06.13.2019

Settlement Agent

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Previous editions are obsolete
U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT  File Number: HESH19-63748  form HUD-1 (3/86) ref Handbook 4305.2
SETTLEMENT STATEMENT  TitleExpress Settlement System  Printed 06/12/2019 at 09:27 JRG  PAGE 2

| L. SETTLEMENT CHARGES | | PAID FROM BUYER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $13,675.00 = 335.25 | | | |
| Division of commission (line 700) as follows: | | | |
| 701. $ to BHHS Homesale Realty - SH | | | |
| 702. $ 335.25 to BHHS Homesale Realty - SH | | | |
| 703. Commission paid at Settlement | | | 335.25 |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | |
| 801. Loan Origination Fee % | | | |
| 802. Loan Discount % | | | |
| 803. Appraisal Fee | | | |
| 804. Credit Report | | | |
| 805. Lender's Inspection Fee | | | |
| 806. Mortgage Application Fee | | | |
| 807. Assumption Fee | | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901. Interest From to @$ /day | | | |
| 902. Mortgage Insurance Premium for to | | | |
| 903. Hazard Insurance Premium for to | | | |
| 904. | | | |
| 905. | | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | | |
| 1001. Hazard Insurance mo. @ $ /mo | | | |
| 1002. Mortgage Insurance mo. @ $ /mo | | | |
| 1003. City Property Tax mo. @ $ /mo | | | |
| 1004. County Property Tax mo. @ $ /mo | | | |
| 1005. School Taxes mo. @ $ /mo | | | |
| 1009. Aggregate Analysis Adjustment | | 0.00 | 0.00 |
| 1100. TITLE CHARGES | | | |
| 1101. Settlement or closing fee | | | |
| 1102. Abstract or title search | | | |
| 1103. Title examination | | | |
| 1104. Title insurance binder | | | |
| 1105. Wire Fee-Proceeds to HomeSale Settlement Services | | 30.00 | |
| 1106. Notary Fees to Notary Public | | 5.00 | |
| 1107. Attorney's fees | | | |
| (includes above items No: ) | | | |
| 1108. Title Insurance to First American Title Insurance Company | | | 569.00 |
| (includes above items No: ) | | | |
| 1109. Lender's Policy NONE | | | |
| 1110. Owner's Policy 13,675.00 - 569.00 | | | |
| 1111. | | | |
| 1112. | | | |
| 1113. | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201. Recording Fees Deed $ 96.75 ; Mortgage $ ; Release $ | | 96.75 | |
| 1202. City/County tax/stamps Deed $ 136.75 ; Mortgage $ | | | 136.75 |
| 1203. State Tax/stamps Deed $ 136.75 ; Mortgage $ | | | 136.75 |
| 1204. | | | |
| 1205. | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301. 2019 CountyTax 52-2-559 to Minersville Borough Tax Collector | | | 666.71 |
| 1302. Buyer's Premium to Auction.com, LLC | | | 2,500.00 |
| 1303. Trustee Carve Out Fee to William G. Schwab, Trustee | | | 7,500.00 |
| 1304. Tax Certifications to HomeSale Settlement Services | | 17.00 | |
| 1305. Final Water Acct 579-0 to BOROUGH of MINERSVILLE | | | 178.69 |
| 1306. Final Sewer Acct 579-0 to BOROUGH of MINERSVILLE | | | 181.68 |
| 1307. Final Trash Acct 579-0 to BOROUGH of MINERSVILLE | | | 120.00 |
| 1308. | | | |
| 1400. TOTAL SETTLEMENT CHARGES (enter on lines 103, Section J and 502, Section K) | | 148.75 | 12,324.83 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

MSP MANAGEMENT CAPITAL, LLC

By: _____    Warren G. Schwab, Trustee for Gloria J. Kelley

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause funds to be disbursed in accordance with this statement.

SETTLEMENT AGENT    06-12-2019
                     DATE

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.