UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | | |
|---|---|---|
| In re: | § | |
| Reiley, Marie J. | § | Case No. 5:18-bk-04484-RNO |
| | § | |
| | § | |
| Debtors(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/23/2018. The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 16,961.67 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 8,382.08 |
| Bank Service Fees | | 0.00 |
| Other Payments to Creditors | | 1,751.84 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 0.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 6,827.75 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) Page 1

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/23/2019 and the deadline for filing governmental claims was 07/23/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

7. The Trustee's proposed distribution is attached as **Exhibit D.**

8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $2,446.17. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $2,446.17, for a total compensation of $2,446.17.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00 for total expenses of $0.00.[2]

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true  and correct.

Date :  10/18/2019                          By :   /s/ William G.Schwab
                                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) Page 2

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: **18-04484**
Case Name: **Reiley, Marie J.**

Judge: **Robert N. Opel II**

Trustee Name: **William G. Schwab**
Date Filed (f) or Converted (c): **10/23/2018 (f)**
341(a) Meeting Date: **11/27/2018**
Claims Bar Date: **05/23/2019**

For Period Ending: **10/18/2019**

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | 614 West Market Street Pottsville PA 17901-0000 | 21,000.00 | 0.00 | OA | 0.00 | FA |
| 2. | 624 West Arch Street Pottsville PA 17901-0000 | 3,900.00 | 0.00 | OA | 0.00 | FA |
| 3. | 612 W. Market Street Pottsville PA 17901-0000 | 22,500.00 | 0.00 | OA | 0.00 | FA |
| 4. | 212 N. Second Street Pottsville PA 17901-0000 | 4,000.00 | 0.00 | OA | 0.00 | FA |
| 5. | 402 N. Delaware Avenue Minersville PA 17954-0000 | 13,000.00 | 0.00 | | 14,076.67 | FA |
| 6. | 2016 Nissan Rogue Estimated Mileage: 19,950 | 18,319.00 | 0.00 | | 0.00 | FA |
| 7. | Kitchen/Living Room/Bedroom furnishings | 5,000.00 | 0.00 | | 0.00 | FA |
| 8. | 4 tv's, 3 computers, iPad, 3 iPhones, PS4, 2 DVD players | 3,200.00 | 0.00 | | 0.00 | FA |
| 9. | 2 elliptical machines, 1 guitar | 450.00 | 0.00 | | 0.00 | FA |
| 10. | Clothes and purses | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. | Rings, necklaces and earrings | 700.00 | 0.00 | | 0.00 | FA |
| 12. | Cash | 160.00 | 0.00 | | 635.00 | FA |
| 13. | Checking CACL Federal Credit Union | 772.50 | 0.00 | | 0.00 | FA |
| 14. | Savings CACL Federal Credit Union | 267.50 | 0.00 | | 0.00 | FA |
| 15. | Vacation Club BB&T | 500.00 | 0.00 | | 0.00 | FA |
| 16. | Savings CACL Federal Credit Union | 59.00 | 0.00 | | 0.00 | FA |
| 17. | Checking CACL Federal Credit Union | 109.00 | 0.00 | | 0.00 | FA |
| 18. | 401(k) Wells Fargo Schuylkill Health System Defined Contribution Plan | 8,334.00 | 0.00 | | 0.00 | FA |
| 19. | EQUI-VEST AXA | 17,632.00 | 0.00 | | 0.00 | FA |
| 20. | Post-Petition Rents (u) | 0.00 | 0.00 | | 2,250.00 | FA |

UST Form 101-7-TFR (5/1/2011) (Page 3)

**Exhibit A**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No:** 18-04484          **Judge:** Robert N. Opel II          **Trustee Name:** William G. Schwab
**Case Name:** Reiley, Marie J.          **Date Filed (f) or Converted (c):** 10/23/2018 (f)
          **341(a) Meeting Date:** 11/27/2018
**For Period Ending:** 10/18/2019          **Claims Bar Date:** 05/23/2019

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | 121,903.00 | 0.00 |  | 16,961.67 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**7-22-19 Discover Card Refund Ltr dmk**
**06-24-19-Quarterly Review of Status of Case for Outstanding Issues**
**11-26-18- Asset Case- Rental Properties**
**2-20-19 Quarterly Review**

**Initial Projected Date of Final Report(TFR) :** 09/30/2019          **Current Projected Date of Final Report(TFR) :** 12/31/2019

**Trustee's Signature**          /s/William G. Schwab          **Date:** 10/18/2019
          William G. Schwab
          811-1 Blakeslee Blvd Drive East
          Lehighton, PA 18235
          Phone : (610) 377-5200

UST Form 101-7-TFR (5/1/2011) (Page 4)          **Exhibit A**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 18-04484 | |
| **Case Name:** Reiley, Marie J. | |
| **Taxpayer ID No:** **-***0400 | |
| **For Period Ending:** 10/18/2019 | |

| | |
|---|---|
| **Trustee Name:** William G. Schwab |
| **Bank Name:** Texas Capital Bank |
| **Account Number/CD#:** ******1953 |
| **Account Name** Checking Account |
| **Blanket bond (per case limit):** 10,000,000.00 |
| **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/03/2018 | [12] | MARIE REILEY | CASH FROM DEBTOR | 1129-000 | 635.00 | | 635.00 |
| 12/10/2018 | [20] | ROBIN STROUSE<br>402 N. DELAWARE AVE<br>MINERSVILLE, PA 17954 | DECEMBER RENT -402 N. DELAWARE AVE., MINERSVILLE, PA | 1222-000 | 650.00 | | 1,285.00 |
| 12/12/2018 | 51001 | TRUSTEE INSURANCE AGENCY<br>2813 WEST MAIN<br>KALAMAZOO, MI 49006 | INSURANCE PREMIUM + INSTALLMENT FEE (INVOICE NO. 2002) | 2990-000 | | 473.92 | 811.08 |
| 12/17/2018 | 51002 | MR. BARRY SPIELES<br>1220 MARKET STREET<br>ASHLAND, PA 17921 | PROPERTY MAINTENANCE (23 hrs.) | 2990-000 | | 345.00 | 466.08 |
| 01/07/2019 | 51003 | MR. BARRY SPIELES<br>1220 MARKET STREET<br>ASHLAND, PA 17921 | PROPERTY MAINTENANCE | 2990-000 | | 115.00 | 351.08 |
| 01/08/2019 | 51004 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Bond Premium | 2300-000 | | 0.22 | 350.86 |
| 01/21/2019 | [20] | Sherry Marchefsky<br>612 Market Street 2nd Fl<br>Potttsville, PA , 17901 | Jan Rent for 612 Market Street 2nd Fl Pottsville, PA | 1222-000 | 300.00 | | 650.86 |
| | | | Page Subtotals | | 1,585.00 | 934.14 | |

UST Form 101-7-TFR (5/1/2011) (Page 5)

**Exhibit B**

| Case No: | 18-04484 |
|---|---|
| Case Name: | Reiley, Marie J. |

| Taxpayer ID No: | **-***0400 |
| For Period Ending: | 10/18/2019 |

| Trustee Name: | William G. Schwab |
|---|---|
| Bank Name: | Texas Capital Bank |
| Account Number/CD#: | ******1953 |
| Account Name | Checking Account |
| Blanket bond (per case limit): | 10,000,000.00 |
| Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/21/2019 | [20] | Marcus Stoss<br>612 Market Street 1st Fl<br>Pottsville PA, 17901 | Jan Rent for 612 Market Street 1st Fl  Pottsville, PA | 1222-000 | 300.00 | | 950.86 |
| 01/21/2019 | 51005 | MR. BARRY SPIELES<br>1220 MARKET STREET<br>ASHLAND, PA 17921 | PROPERTY MAINTENANCE | 2990-000 | | 220.00 | 730.86 |
| 02/25/2019 | 51006 | TRUSTEE INSURANCE AGENCY<br>2813 WEST MAIN<br>KALAMAZOO, MI 49006 | INSURANCE PREMIUM + INSTALLMENT FEE<br>(INVOICE NO. 2059) | 2990-000 | | 473.92 | 256.94 |
| 03/04/2019 | [20] | Marcus Stoss<br>612 Market Street 1st Fl<br>Pottsville PA, 17901 | February Rent for 612 Market St 1st Floor Pottsville, PA | 1222-000 | 400.00 | | 656.94 |
| 03/27/2019 | 51007 | TRUSTEE INSURANCE AGENCY<br>2813 WEST MAIN<br>KALAMAZOO, MI 49006 | INSURANCE PREMIUM (Invoice No. 2087) | 2990-000 | | 473.92 | 183.02 |
| 04/11/2019 | 51008 | US POSTMASTER<br>LEHIGHTON, PA 18235 | REIMBURSEMENT OF OUT-OF-POCKET POSTAGE<br>(MISCELLANEOUS SERVICING FEES) | 2690-000 | | 9.00 | 174.02 |
| 04/15/2019 | [20] | M. STOSS<br>612 W. MARKET STREET<br>POTTSVILLE, PA 17901 | RENT FOR 612 W. MARKET STREET, POTSVILLE, PA | 1222-000 | 300.00 | | 474.02 |
| | | | Page Subtotals | | 1,000.00 | 1,176.84 | |

UST Form 101-7-TFR (5/1/2011) (Page 6)

**Exhibit B**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 18-04484 |
| Case Name: | Reiley, Marie J. |
| | |
| Taxpayer ID No: | **-***0400 |
| For Period Ending: | 10/18/2019 |

| | |
|---|---|
| Trustee Name: | William G. Schwab |
| Bank Name: | Texas Capital Bank |
| Account Number/CD#: | ******1953 |
| Account Name | Checking Account |
| Blanket bond (per case limit): | 10,000,000.00 |
| Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/17/2019 | [20] | Sherry Marchefsky 612 Market Street 2nd Fl Potttsville, PA , 17901 | RENT FOR 612 MARKET ST., POTTSVILLE, PA | 1222-000 | 300.00 | | 774.02 |
| 04/24/2019 | 51009 | BUSINESS CARD SERVICES PO BOX 84030 COLUMBIA, GA 31908-4030 | REIMBURSEMENT OF CREDIT CARD CHARGES (FILING FEE) | 2690-000 | | 181.00 | 593.02 |
| 04/26/2019 | 51010 | TRUSTEE INSURANCE AGENCY 2813 WEST MAIN KALAMAZOO, MI 49006 | INSURANCE PREMIUM (Invoice No. 2123) | 2990-000 | | 473.92 | 119.10 |
| 05/14/2019 | 51011 | BARCLAYS | REIMBURSEMENT OF CREDIT CARD CHARGE (SERVICE OF NOTICE OF MOTION TO SELL REAL PROPERTY) | 2690-000 | | 36.30 | 82.80 |
| 05/14/2019 | 51012 | BARCLAYS | REIMBURSEMENT OF CREDIT CARD CHARGE (SERVICE OF NOTICE OF MOTION TO ABANDON PROPERTY) | 2690-000 | | 22.10 | 60.70 |
| 06/11/2019 | 51013 | DENA M. KISTLER | NOTARIAL SERVICES (SHORT SALE AFFIDAVIT) | 2690-000 | | 5.00 | 55.70 |
| 06/14/2019 | 51014 | DENA M. KISTLER | NOTARIAL SERVICES (TRUSTEE DEED - SALE OF 402 N. DELAWARE AVE., MINERSVILLE) | 2690-000 | | 5.00 | 50.70 |

Page Subtotals      300.00      723.32

UST Form 101-7-TFR (5/1/2011) (Page 7)

**Exhibit B**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **18-04484**
Case Name: **Reiley, Marie J.**

Taxpayer ID No: **\*\*-\*\*\*0400**
For Period Ending: **10/18/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1953**
Account Name **Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/24/2019 | | HOME SALE SETTLEMENT SERVICES 2213 QUARRY DRIVE SUITE 105 WEST LAWN, PA 19609 | SALE PROCEEDS FOR 402 NORTH DELAWARE AVE, MINERSVILLE, PA PER COURT ORDER DATED 5-8-19 | | 7,500.00 | | 7,550.70 |
| | [5] | | 14,076.67 | 1110-000 | | | |
| | | | First American Title (569.00) | 2500-000 | | | |
| | | | Recdg Fee & Transfer Tax (273.50) | 2500-000 | | | |
| | | | Buyer's Premium-Auction.com (2,500.00) | 2500-000 | | | |
| | | | Final Water, Sewer Trash Bills (480.37) | 2500-000 | | | |
| | | | Minersville Tax Collector (666.71) | 2820-000 | | | |
| | | | BHHS Homesale Ralty (335.25) | 3520-000 | | | |
| | | | Payoff-Mr. Cooper (1,751.84) | 4110-000 | | | |
| 06/26/2019 | 51015 | UPS PO BOX 7247-0244 PHILADELPHIA, PA 19170-0001 | UPS OVERNIGHT FEE (Mailing of Executed Trustee Deed for the Sale of 402 N. Delaware Ave.) | 2690-000 | | 22.64 | 7,528.06 |
| 06/28/2019 | 51016 | TRUSTEE INSURANCE AGENCY 2813 WEST MAIN KALAMAZOO, MI 49006 | INSURANCE PREMIUM (Invoice No. 2157) | 2990-000 | | 127.25 | 7,400.81 |
| | | | Page Subtotals | | 7,500.00 | 149.89 | |

UST Form 101-7-TFR (5/1/2011) (Page 8)

**Exhibit B**

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 18-04484
Case Name: Reiley, Marie J.

Taxpayer ID No: **-***0400
For Period Ending: 10/18/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1953
Account Name Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 Transaction Date | 2 Check or [Refer#] | 3 Paid To / Received From | 4 Description of Transaction | Uniform Trans. Code | 5 Deposits($) | 6 Disbursements($) | 7 Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 08/01/2019 | 51017 | UPS PO BOX 7247-0244 PHILADELPHIA, PA 19170-0001 | UPS OVERNIGHT ADDITIONAL FEES | 2690-000 | | 4.86 | 7,395.95 |
| 08/01/2019 | 51018 | PPL ELECTRIC UTILITIES 2 NORTH 9TH STREET CPC-GENN1 ALLENTOWN, PA 18101-1175 | UTILITY BILL FOR 612 W. MARKET ST., POTTSVILLE (ACCT. NO. 45470-38026) | 2690-000 | | 568.20 | 6,827.75 |

Page Subtotals: 0.00 | 573.06

COLUMN TOTALS: 10,385.00 | 3,557.25
Less:Bank Transfer/CD's: 0.00 | 0.00
SUBTOTALS: 10,385.00 | 3,557.25
Less: Payments to Debtors: 0.00
Net: 10,385.00 | 3,557.25

All Accounts Gross Receipts: 16,961.67
All Accounts Gross Disbursements: 10,133.92
All Accounts Net: 6,827.75

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******1953 Checking Account | 10,385.00 | 3,557.25 | |
| Net Totals | 10,385.00 | 3,557.25 | 6,827.75 |

UST Form 101-7-TFR (5/1/2011) (Page 9)

**Exhibit B**

Claims Bar Date: 05/23/19     Government Bar Date: 07/23/19

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| | William G. Schwab, Trustee<br>811 BLAKESLEE BLVD DRIVE EAST<br>LEHIGHTON , PA 18235 | 2100 | 0.00 | 2,446.17 | 2,446.17 | 0.00 | 2,446.17 |
| | MR. BARRY J. SPIELES<br>1220 MARKET STREET<br>ASHLAND, PA 17921 | 2990 | 0.00 | 0.00 | 680.00 | 680.00 | 0.00 |
| **ADMINISTRATIVE TOTAL** | | | **0.00** | **2,446.17** | **3,126.17** | **680.00** | **2,446.17** |
| 00004 | Borough of Minersville<br>2 E Sunbury St<br>Minersville, PA 17954<br><br>Filed: 05/22/19<br>Created Amount Claimed: $480.37<br>Created Secured Claimed Amount: $480.37<br><br>Created Filed By: Creditor<br>Created Date Filed: 05/22/2019 | 4210 | 0.00 | 480.37 | 480.37 | 0.00 | 480.37 |
| **SECURED TOTAL** | | | **0.00** | **480.37** | **480.37** | **0.00** | **480.37** |
| 00001 | Douglas and Robin Strouse<br>120 S 2nd St<br>Saint Clair, PA 17970<br>Filed: 03/04/19<br>Created NO CLAIM DATA<br>Created Amount Claimed: $1400.00<br><br>Created Filed By: Creditor<br>Created Date Filed: 03/04/2019 | 7100 | 0.00 | 1,400.00 | 1,400.00 | 0.00 | 1,400.00 |
| 00002 | Discover Bank Discover<br>PO Box 3025<br>New Albany, OH 43054<br>Filed: 03/12/19<br>Created NO CLAIM DATA<br>Created Amount Claimed: $12917.25<br><br>Created Filed By: Creditor<br>Created Date Filed: 03/12/2019 | 7100 | 0.00 | 12,917.25 | 12,917.25 | 0.00 | 12,917.25 |

Claims Bar Date: 05/23/19     Government Bar Date: 07/23/19

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| 00003 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN , MI 48090 | 7100 | 0.00 | 5,674.14 | 5,674.14 | 0.00 | 5,674.14 |
| | Filed: 04/16/19 | | | | | | |
| | Created Amount Claimed: $5674.14 | | | | | | |
| | | | | | | | |
| | Created Filed By: Creditor | | | | | | |
| | Created Date Filed: 04/16/2019  Created Description: 9514 | | | | | | |
| **UNSECURED TOTAL** | | | **0.00** | **19,991.39** | **19,991.39** | **0.00** | **19,991.39** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **REPORT TOTALS** | | | **0.00** | **22,917.93** | **23,597.93** | **680.00** | **22,917.93** |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.:  5:18-bk-04484-RNO
Case Name:  Reiley, Marie J.

Trustee Name:  William G. Schwab

Balance on Hand $6,827.75

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 00004 | Borough of Minersville | $ 480.37 | $ 480.37 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 6,827.75

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: William G. Schwab, Trustee | $ 2,446.17 | $ 0.00 | $ 2,446.17 |
| Other: MR. BARRY J. SPIELES | $ 680.00 | $ 680.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 2,446.17

Remaining Balance $ 4,381.58

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $19,991.39 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.9 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | Douglas and Robin Strouse | $ 1,400.00 | $ 0.00 | $ 306.85 |
| 00002 | Discover Bank Discover Products Inc | $ 12,917.25 | $ 0.00 | $ 2,831.17 |
| 00003 | MIDLAND FUNDING LLC | $ 5,674.14 | $ 0.00 | $ 1,243.56 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 4,381.58 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE