# WILLIAM G. SCHWAB, TRUSTEE
### 811 Blakeslee Boulevard Drive East
### Post Office Box 56
### Lehighton, Pennsylvania 18235

Marie Reiley                                                    October 11, 2019

RE:       Trustee

| DATE | DESCRIPTION | HOURS | STAFF |
|------|-------------|-------|-------|
| Nov-26-18 | Staff Case Planning Conference with with Attorney Schwab (Re: Review of Property Information, Contact Barry Spieles) | 0.30 | DK |
| | Telephone Conference with Barry Spieles (Re: Possible Winterizations and Usual Inspections and Rent Collections) | 0.30 | DK |
| Nov-27-18 | Conference with Debtor and Counsel (Re: Property Status) | 0.30 | WGS |
| | Conference with Barry Spieles (Re: Property Maintenance) | 0.40 | WGS |
| | Conference with Marie Reiley and Attorney Campion (Re: Turnover of Keys and Rent Payments with Overview of Properties) | 0.30 | DK |
| | Telephone Conference with Barry Spieles (Re: Arrangement for Pick Up of Keys, Address List and Instructions for Inspections) | 0.20 | DK |
| | Conference with Barry Spieles (Re: Pick Up of Property Management Keys and Information) | 0.30 | DK |
| | Telephone Conference with Barry Spieles (Re: Initial Report of Very Good Properties) | 0.20 | DK |
| | Review of Schuylkill County Gov Site (Re: Print Off CAMA Cards for All Properties) | 0.40 | DK |

| | | | |
|---|---|---|---|
| Nov-28-18 | Staff Case Planning Conference With Legal Assistant Dena Kistler (Re: Rental Units) | 0.20 | WGS |
| | Preparation of Faxcover Sheet to UST (Re: Request Trustee Appointment) | 0.20 | AJ |
| | Electronic Correspondence From Wendy Paul with the UST's Office (Re: Trustee Appointment) | 0.20 | AJ |
| | Telephone Conference with Barry Spieles (Re: Review of Current Property Matters, Conditions, Future Possible HUD Rental, and Winterizations) | 0.30 | DK |
| | Electronic Correspondence From Jessica Trainor, Auction.com (Re: Post 341 Meeting Follow Up on Property for Sale) | 0.20 | DK |
| Nov-29-18 | Electronic Correspondence From Jessica Trainor, Auction.com (Re: Real Estate Agent Questions for Trustee and 341 Meeting Outcome) | 0.20 | DK |
| | Electronic Correspondence From Attorney Schwab (Re:  Proceed with Sale and Request for Retention Agreement) | 0.20 | DK |
| | Preparation of File for Property Management | 0.30 | DK |
| | Electronic Correspondence to Trustee Insurance x 5 (Re:  Quote for  Property Information) | 0.80 | DK |
| | Telephone Conference with Jessica, Trustee Insurance (Re: Coverage for Rental Properties) | 0.30 | DK |
| | Electronic Correspondence to Jessica, Trustee Insurance (Re: Tenant List) | 0.20 | DK |
| | Receipt and Review of Motion for Relief from Stay- Bank of America | 0.20 | DK |
| Nov-30-18 | Correspondence to Marcus Stoss, Tenant (Re: Tenant Letter 612 W. Market Street Pottsville, PA 1st Floor) | 0.20 | DK |
| | Correspondence to Sherry Marchefsky, Tenant (Re: Tenant Letter at 612 W. Market Street Pottsville, PA 2nd Floor) | 0.20 | DK |

| | | | |
|---|---|---|---|
| | Correspondence to Douglas and Robin Strause, Tenant (Re: Tenant Letter at 402 North Delaware Avenue Minersville, PA) | 0.20 | DK |
| | Electronic Correspondence From Attorney Campion (Re: Tenant Phone Numbers and Utility Invoices) | 0.20 | DK |
| Dec-03-18 | Review of and Establish Bank Account with Texas Capital Bank (Re: General Checking Account Ending in 1953) | 0.20 | AJ |
| | Preparation of (1) Deposit and Logged into Account Ledger | 0.30 | AJ |
| | Voice Mail To Marie Reilly (Re: Rent Payment Questions) | 0.30 | DK |
| | Telephone Conference with Marie Reiley (Re: Review of Rents Paid in November 2018 by Tenants) | 0.20 | DK |
| | Preparation of Rent Roll Spreadsheet | 0.30 | DK |
| | Logged in (1) Check (Re: Marie Reiley) | 0.10 | JAS |
| Dec-04-18 | Electronic Correspondence From Jonathan Perez with Texas Capital Bank (Re: Established Bank Account) | 0.20 | AJ |
| Dec-05-18 | Telephone Conference with Robin Strause, Tenant (Re: Intent to Vacate Property by January  402 Delaware Avenue, Minersville) | 0.30 | DK |
| Dec-06-18 | Electronic Correspondence From Trustee Insurance (Re: Insurance Quote for Properties) | 0.20 | DK |
| | Electronic Correspondence to Attorney Schwab (Re: Copy of Trustee Insurance Quote for Review and Approval) | 0.20 | DK |
| | Telephone Conference with Jessica, Trustee Insurance (Re: Trustee Insurance- Follow Up on Quote and Coverage - No Trustee Approval to Date) | 0.20 | DK |
| Dec-10-18 | Conference Telephone Call With Jessic Cox of Trustee Insurance (Re: Premium) | 0.10 | WGS |
| | Preparation of (1) Deposit and Logged into Account Ledger | 0.30 | AJ |

| | | | |
|---|---|---|---|
| | Staff Case Planning Conference With Attorney Schwab (Re: Post-Petition Rents) | 0.10 | AJ |
| | Logged in (1) Check (Re: Robin Strouse) | 0.10 | JAS |
| Dec-11-18 | Electronic Correspondence From and To Trustee Insurance | 0.30 | WGS |
| | Electronic Correspondence to Jonathan Perez with Texas Capital Bank (Re: Banking Matters) | 0.20 | AJ |
| | Electronic Correspondence From and To Jonathan Perez with Texas Capital Bank (Re: Reconciliations) | 0.20 | AJ |
| | Electronic Correspondence From Jessica, Trustee Insurance (Re: Quote for Insurance Coverage) | 0.20 | DK |
| | Electronic Correspondence to Jessica, Trustee Insurance (Re: Policy Disclosure -Seneca Insurance) | 0.20 | DK |
| | Telephone Conference with Barry Spieles (Re: Water Shut Off at 614 West Market Street Pottsville, PA and 624 West Arch Street Pottsville,PA) | 0.20 | DK |
| | Electronic Correspondence to Attorney Campion (Re: Request for Escrow Funds or Escrow Account Information) | 0.20 | DK |
| Dec-12-18 | Staff Case Planning Conference with Attorney Filer (Re: Review of Documents) | 0.20 | WGS |
| | Receipt and Review of Electronic Correspondence from Trustee Insurance (Re: Insurance Premium Invoice and Certificate of Liability Insurance) | 0.20 | AJ |
| | Preparation of (1) Check (Re: Trustee Insurance Premium) | 0.20 | AJ |
| | Telephone Conference with Schuylkill County Municipal Authority (Re: Request to Shut Off Water at 624 West Arch Street Pottsville, PA and 614 West Arch Street Pottsville, PA, Request for Information Sent Via E-Mail, Barry Spieles Information Provided for Access to Remove Meters) | 0.30 | DK |

| | | | |
|---|---|---|---|
| | Telephone Conference with Barry Spieles (Re: Schuylkill County Municipal Authority Will Contact for Access to 3 Properties to Remove Water Meters) | 0.20 | DK |
| | Correspondence to Schuylkill County Municipal Authority (Re: Notification of Trustee Control of Case- Termination of Services and Change of Account Information) | 0.30 | DK |
| | Electronic Correspondence From Tina Williams, Schuylkill County Municipal Authority (Re: Request for Additional Bankruptcy Information and Questions on Service Termination for 212 North Second Street Pottsville, PA Property) | 0.20 | DK |
| | Electronic Correspondence to Tina Williams, Schuylkill County Municipal Authority (Re: Petition and Schedules and Request to Terminate Services at 212 North Second Street Pottsville, PA) | 0.20 | DK |
| | Electronic Correspondence From Jessica Trainor, Auction.com (Re: Signed Agent Affidavit - Realtor) | 0.20 | DK |
| | Electronic Correspondence to Donna Webster, PPL (Re: Request to Change/ Cancel  Electric Services for Bankruptcy Case) | 0.30 | DK |
| | Electronic Correspondence to Donna Webster, PPL (Re: Supporting Documents for PPL Accounts and  Trustee Appointment) | 0.30 | DK |
| Dec-14-18 | Electronic Correspondence From Donna Webster, PPL (Re: Working on Changes to PPL Accounts) | 0.20 | DK |
| Dec-17-18 | Staff Case Planning Conference With Attorney Schwab (Re: Hourly Wages for Mr. Barry Spieles - Property Maintenance Matters) | 0.10 | AJ |
| | Preparation of (1) Check (Re: Property Maintenance) | 0.20 | AJ |
| | Telephone Conference with Barry Spieles (Re: Status on Winterizations in Pottsville Property) | 0.30 | DK |
| | Telephone Conference with Barry Spieles (Re: Report of Hours Worked) | 0.20 | DK |

| Date | Description | Hours | Initials |
|---|---|---|---|
| Dec-18-18 | Review of and Establish New Claim (Re: Barry J. Spieles) | 0.20 | AJ |
| Dec-21-18 | Receipt and Review of and Revisions to Documents in Preparation for Electronic Filing (Re: Chapter 7 Trustees Application to Retain Auction.com to Market & Conduct Auctions and Application to Retain Linda Butensky as Trustee's Listing Agent, Proposed Order, Certificate of Service and Exhibits) | 1.10 | AJ |
| | Staff Case Planning Conference with with Attorney Filer (Re: Preparation of Documents in Final for Electronic Filing (2x) (Re: Chapter 7 Trustees Application to Retain Auction.com to Market & Conduct Auctions and Application to Retain Linda Butensky as Trustee's Listing Agent, Proposed Order, Certificate of Service and Exhibits) | 0.20 | AJ |
| | Electronic Correspondence to and from Jessica Trainor with Auction.com (Re: Executed Auction.com Marketing Agreement and Affidavit and Executed Agent Listing Agreement and Affidavit) | 0.20 | AJ |
| | Electronic Correspondence From Donna Webster, PPL (Re: Electric Services Taken Care of for All Properties) | 0.20 | DK |
| | Electronic Correspondence to Donna Webster, PPL (Re: Acknowledgement of Receipt of Status on Electric Services) | 0.20 | DK |
| Dec-31-18 | Telephone Conference with Glenn Snyder, Seneca Insurance (Re: Request to Inspect Properties) | 0.20 | DK |
| | Telephone Conference with Barry Spieles (Re: Request to Meet Glenn Snyder from Seneca Insurance) | 0.20 | DK |
| | Staff Case Planning Conference with with Attorney Schwab (Re: Seneca Insurance Inspection Date and Time Scheduled for 1-2-19 with Barry Spieles) | 0.20 | DK |
| Jan-02-19 | Electronic Correspondence From and To | 0.20 | AJ |

| | | |
|---|---|---|
| Jessica Trainor with Auction.com (Re: Follow Up on Application to Employ Auction.com) | | |
| Preparation of Documents in Final for Electronic Filing (Re: Chapter 7 Trustees Application to Retain Auction.com to Market & Conduct Auctions and Application to Retain Linda Butensky as Trustee's Listing Agent, Proposed Order, Certificate of Service and Exhibits A & B) | 0.30 | AJ |
| Review of Finalized Document for Compliance With ECF Requirements and Local Rules (Re: Chapter 7 Trustees Application to Retain Auction.com to Market & Conduct Auctions and Application to Retain Linda Butensky as Trustee's Listing Agent, Proposed Order, Certificate of Service and Exhibits A & B) | 0.20 | AJ |
| Electronic Correspondence to Jessica Trainor with Auction.com (Re: Copy of Filed Chapter 7 Trustees Application to Retain Auction.com to Market & Conduct Auctions and Application to Retain Linda Butensky as Trustee's Listing Agent, Proposed Order, Certificate of Service and Exhibits A & B) | 0.20 | AJ |
| Service of Court Documents Along With Certificate of Service and Electronic Filing of Same (Re: Service of Filed Chapter 7 Trustees Application to Retain Auction.com to Market & Conduct Auctions and Application to Retain Linda Butensky as Trustee's Listing Agent, Proposed Order, Certificate of Service and Exhibits A & B Upon Respondents) | 0.30 | AJ |
| Telephone Conference with Barry Spieles (Re: Minersville PA Tenant is Vacating House-Need to Winterize Property) | 0.20 | DK |
| Telephone Conference with Barry Spieles (Re: Status of Seneca Insurance Inspections) | 0.20 | DK |
| Staff Case Planning Conference with with Attorney Schwab (Re: Seneca Insurance Inspections Completed and Notice of Tenant Intent to Vacate Minersville, PA Property and Barry Spieles to Winterize Unit) | 0.20 | DK |

| Jan-07-19 | Staff Case Planning Conference with Dena Kistler and Attorney Schwab (Re: Property Maintenance Reimbursement Fee) | 0.10 | AJ |
| | Preparation of (1) Check (Re: Property Maintenance) | 0.20 | AJ |
| Jan-08-19 | Preparation of (1) Check (Re: Trustee Bond Payment) | 0.20 | AJ |
| | Voice Mail To Barry Spieles (Re: Reminder to Follow Up on 402 Delaware Avenue Minersville, PA- Vacated Unit) | 0.10 | DK |
| | Telephone Conference with Barry Spieles (Re: Pending Cold Weather Changes and Check on Tenants Vacating 402 Delaware Avenue Minersville, PA Property) | 0.20 | DK |
| Jan-09-19 | Electronic Correspondence From Jessica, Auction.com (Re: Prefer to Leave House Empty for Sale- Winterize) | 0.30 | DK |
| | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | IA |
| Jan-11-19 | Review of order Hriing Realtor | 0.10 | WGS |
| | Electronic Correspondence From and To Auction.com | 0.30 | WGS |
| Jan-14-19 | Receipt and Review of Court Order (Re: Granting Application to Employ Realtor.com) | 0.20 | AJ |
| | Telephone Conference with Barry Spieles (Re: Status on Minersville, PA Tenants Vacating and Winterization and Rent Collection for Pottsville, PA Units) | 0.20 | DK |
| Jan-16-19 | Staff Case Planning Conference with with Trustee Assistant, Dena Kistler (Re: Review of Status of Bank Account, Pending Utility Bills to be Paid and Rental Payments Received) | 0.10 | AJ |
| | Receipt of Message from Tenant Sherry Marchefsky (Re: Cannot Pay Full Rent) | 0.10 | DK |
| | Telephone Conference with Barry Spieles (Re: Rents for 612 West Market 2nd FL Street Pottsville, PA) | 0.20 | DK |

| | | | |
|---|---|---|---|
| | Telephone Conference with Tenant, Sherry Marchefsky (Re:  Lack of Rent Payments to Trustee) | 0.20 | DK |
| | Review of Utility Invoices Received to Date | 0.30 | DK |
| Jan-17-19 | Electronic Correspondence From and To auction.com (Re: Listing Agreement) | 0.30 | WGS |
| | Staff Case Planning Conference with with Trustee Assistant, Dena Kistler (Re: Real Estate Matters) | 0.10 | AJ |
| | Staff Case Planning Conference with with Attorney Schwab (Re: 402 Delaware Ave Minersville, PA Vacated, Barry Spieles Has Keys, Winterzation Being Done) | 0.20 | DK |
| | Telephone Conference with Barry Spieles (Re: Confirmed Tenants Have Vacated, Turned in Keys, Winterization Being Done) | 0.20 | DK |
| | Electronic Correspondence to Jessica Trainor-Auction.com (Re:  Executed Copy of Limited Service Listing Agreement and Contact Information for Barry Spieles for Keys and Access) | 0.20 | DK |
| Jan-21-19 | Staff Case Planning Conference with with Trustee Assistant, Dena Kistler (Re: Status of Rent Payments Received and Unpaid) | 0.10 | AJ |
| | Preparation of (1) Check (Re: Property Maintenance) | 0.20 | AJ |
| | Preparation of (2) Deposits and Logged into Account Ledger | 0.40 | AJ |
| | Logged in (2) Checks (Re: Sherry Marchefsky and Marcus Stoss) | 0.10 | DK |
| | Conference with Barry Spieles (Re:  Turnover of Rents and Additional Property Conditions Reported and Hours Worked Reported) | 0.30 | DK |
| Jan-28-19 | Electronic Correspondence From Trustee Insurance (Re: Final Insurance for Property- Forward to Trustee for Review) | 0.20 | DK |
| Jan-29-19 | Telephone Conference with Minersville Municipal Authority (Re: Request to Shut Off | 0.20 | DK |

|  |  |  |  |
|---|---|---|---|
|  | Services at Street and Remove Meter- Unit Vacated and Winterized- 402 North Delaware Avenue Minersville, PA) |  |  |
|  | Electronic Correspondence to Minersville Municipal Authority (Re: Trustee Appointment) | 0.20 | DK |
| Feb-04-19 | Staff Case Planning Conference with with Attorney Schwab (Re: Review of Minersville Water, Sewer and Sanitation Invoice for 402 North Delaware Avenue Minersville, PA) | 0.20 | DK |
| Feb-07-19 | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | IA |
| Feb-18-19 | Receipt and Review of Documents (Re: Mr. Cooper Escrow Account Disclosure Statement) | 0.20 | DK |
| Feb-20-19 | Telephone Conference with Marcus Stoss (Re: Landlord House Panel Shut Off at 612 Market Street Pottsville, PA) | 0.20 | DK |
|  | Electronic Correspondence to Donna Webster, PP&L (Re: Request to Reconnect Power at 612 Market Street Pottsville, PA - Meter # NXE301180745E0224) | 0.20 | DK |
| Feb-21-19 | Telephone Conference with Marcus Stoss, Tenant (Re: Tenant at 612 Market Street Pottsville, PA Called on PPL Service Interruption to House Panel) | 0.20 | DK |
| Feb-22-19 | Electronic Correspondence From Donna Webster, PPL (Re: Request to Change Electrical Services at 612 Market Street Pottsville, PA) | 0.20 | DK |
|  | Telephone Conference with PPL (Re: Request to Turn House Meter Back On at 612 Market Street Pottsville, PA) | 0.30 | DK |
|  | Review of File (Re: Check on Utilities and Rents Paid to Date) | 0.20 | DK |
| Feb-25-19 | Preparation of (1) Check (Re:Trustee Insurance) | 0.20 | AJ |
|  | Telephone Conference with Marcus Stoss (Re: Status of Electric of House Panel Turned On) | 0.20 | DK |

| Date | Description | Hours | By |
|------|-------------|-------|-----|
| Mar-04-19 | Preparation of (1) Deposit and Logged into Account Ledger | 0.30 | AJ |
| | Logged in (1) Check (Re: Marcus Stoss) | 0.10 | DK |
| Mar-06-19 | Staff Case Planning Conference with with Attorney Schwab (Re: Bank of America Take Over of Properties- June 15th 2019) | 0.20 | DK |
| Mar-11-19 | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | IA |
| Mar-27-19 | Electronic Correspondence From Trustee Insurance Agency (Re: Invoice to Remit Payment) | 0.20 | AJ |
| | Preparation of (1) Check (Re: Trustee Insurance Premium) | 0.20 | AJ |
| Apr-02-19 | Staff Case Planning Conference with with Attorney Schwab (Re: Review of Seneca Insurance Demands for Repairs and Abandonment of Other Properties) | 0.30 | DK |
| | Telephone Conference with Barry Spieles (Re: Property Questions for 402 Delaware Avenue St. Clair PA- Water in Basement Reported by Seneca Insurance Company) | 0.30 | DK |
| Apr-04-19 | Review of Utility Invoices for Payment | 0.20 | DK |
| | Voice Mail To Barry Spieles (Re: Request for a Status on Rent Payments or Current Occupancy Check Required) | 0.10 | DK |
| Apr-05-19 | Staff Case Planning Conference with with Attorney Filer (Re: Review of Information Needed for Motion to Sell 402 Delaware Avenue Minersville, PA) | 0.30 | DK |
| | Review of Files and Invoices for Service Information (Re: Motion to Sell Minersville, PA Property) | 0.30 | DK |
| | Telephone Conference with Minersville Borough (Re: Confirm Mailing Address for Borough Utilities) | 0.20 | DK |
| Apr-08-19 | Telephone Conference with Barry Spieles (Re: No Answer at Rental Property, No Rent Collected - Posted 10 Day Notices) | 0.20 | DK |

| | | |
|---|---|---|
| Receipt and Review of Phone Message from Megan Vincent, Tenant (Re: 612 Market Street - Concerned with Water Shut Off) | 0.10 | DK |
| Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | IA |

**Apr-09-19**

| | | |
|---|---|---|
| Staff Case Planning Conference with with Attorney Filer (Re: Trustee's Motion to Abandon Real Property) | 0.10 | AJ |
| Telephone Conference with Megan Vincent, Tenant (Re: Mailing of Past Due Rent Payment and Concerns with Water Shut Off) | 0.20 | DK |
| Telephone Conference with Barry Spieles (Re: Tenant Megan Vincent- Past Due Rent Payment to Be Overnighted- Concerned with Water Shut Off) | 0.20 | DK |

**Apr-10-19**

| | | |
|---|---|---|
| Staff Case Planning Conference with Attorney Filer (Re:  Electronic Terms) | 0.20 | WGS |
| Telephone Conference with Attorney Sellar (Re: Electronic Signature) | 0.20 | WGS |
| Telephone Conference with Barry Spieles (Re: Request for Repairs at 402 Delaware Avenue Minersville, PA) | 0.20 | DK |
| Electronic Correspondence to and From Trustee Insurance (Re: Repairs to Be Made at 402 Delaware Avenue Minersville, PA) | 0.20 | DK |

**Apr-11-19**

| | | |
|---|---|---|
| Preparation of (1) Check (Re: Reimbursement of Postage) | 0.20 | AJ |
| Staff Case Planning Conference with with Attorney Schwab (Re: Receipt of PPL Invoice for 612 West Market Street Pottsville, PA) | 0.20 | DK |
| Staff Case Planning Conference with with Attorney Filer (Re: Status on Motion to Sell 402 Delaware Avenue Minersville, PA) | 0.20 | DK |
| Telephone Conference with Attorney Thomas Campion's Office  (Re: Request for Address of Co- Debtor Husband for Noticing Use) | 0.20 | DK |
| Staff Case Planning Conference with with Attorney Filer (Re: Co- Debtor Husband Andrew C. Reiley - Address) | 0.10 | DK |

| Apr-12-19 | Electronic Correspondence From Barry Spieles (Re: Photo of Repairs to Down spouting at 402 Delaware Avenue Minersville, PA Property) | 0.20 | DK |
| | Telephone Conference with Barry Spieles (Re: Rent Collected for 612 Market Street Pottsville, PA) | 0.20 | DK |
| Apr-14-19 | Review of and Execution of Electronic CLosing Agreement | 0.40 | WGS |
| Apr-15-19 | Preparation of (1) Deposit and Logged into Account Ledger | 0.30 | AJ |
| | Logged in (1) Check (Re: M. Stoss) | 0.10 | JAS |
| Apr-17-19 | Preparation of (1) Deposit and Logged into Account Ledger | 0.30 | AJ |
| | Receipt and Review of Wiring Instructions and Property Settlement Documents | 0.20 | DK |
| | Logged in (1) Check (Re: Sherry Marchefsky) | 0.10 | JAS |
| Apr-24-19 | Preparation of (1) Check (Re: Reimbursement of Credit Card Charge - Filing Fee) | 0.20 | AJ |
| Apr-26-19 | Electronic Correspondence From Trustee Insurance Agency (Re: Invoice to Remit Payment) | 0.20 | AJ |
| | Preparation of (1) Check (Re: Trustee Insurance Premium) | 0.20 | AJ |
| Apr-29-19 | Preparation of Correspondence to Co-Owner Andrew Reiley (Re: Release of Interest in Property) | 0.20 | DK |
| May-01-19 | Telephone Conference with Court Call (Re: Motion to Sell Free & Clear) | 0.20 | DK |
| | Review of Finalized Document for Compliance With ECF Requirements and Local Rules (Re: Electronic Case Filing of Telephonic Appearance at Hearing on 5-14-19) | 0.30 | DK |
| May-10-19 | Telephone Conference with Barry Spieles (Re: Rent Collections) | 0.20 | AJ |
| | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | IA |

| Date | Description | Hours | Initials |
|---|---|---|---|
| May-14-19 | Staff Case Planning Conference with with Trustee Assistant, Dena Kistler (Re: Banking Matters and Unpaid Utility Bills) | 0.10 | AJ |
| | Preparation of (1) Check (Re: Reimbursement of Credit Card Charge - Notice of Motion to Sell Real Property) | 0.20 | AJ |
| | Preparation of (1) Check (Re: Reimbursement of Credit Card Charge - Notice of Motion to Abandon Pottsville Properties) | 0.20 | AJ |
| | Telephone Conference with Court Call (Re: Cancellation of Court Call Appearance) | 0.20 | DK |
| May-24-19 | Review of Claims Docket and Claims (Re: For TFR) | 0.50 | WGS |
| May-28-19 | Receipt and Review of Revised Insurance Invoice | 0.20 | DK |
| | Electronic Correspondence to Jessica, Trustee Insurance (Re: Request to Remove Coverage on Abandoned Property- Court Order Sent as Attachment) | 0.20 | DK |
| May-31-19 | Electronic Correspondence From Francis Tran, Auction.com (Re: Co-Owner Joinder to Sales Matters) | 0.20 | DK |
| Jun-03-19 | Staff Case Planning Conference with with Attorney Filer (Re: Review of Auction.com Matter- Sale of 402 Delaware Ave Minersville, PA)) | 0.20 | DK |
| Jun-06-19 | Staff Case Planning Conference with with Attorney Filer (Re: Follow Up on Auction.com Agreement of Sale Documents) | 0.20 | DK |
| Jun-07-19 | Telephone Conference with Tanya Witlock, Auction.com (Re: Closing on 402 North Delaware Avenue Minersville, PA) | 0.20 | DK |
| Jun-11-19 | Preparation of (1) Check to Dena Kistler (Re: Notary Fee) | 0.20 | AJ |
| | Staff Case Planning Conference with with Attorney Schwab (Re: Notary Seal Required on Sale Documents and Return to Sender) | 0.20 | DK |
| | Notary Services (Re: Executed Short | 0.20 | DK |

| | | | |
|---|---|---|---|
| | Sale Affidavit- 402 N. Delaware Ave Minersville, PA) | | |
| | Electronic Correspondence to Tanya Whitlock, Auction.com (Re:  Return of Notarized and Trustee Executed Short Sale Affidavit for 402 N. Delaware Ave Minersville, PA) | 0.20 | DK |
| Jun-12-19 | Electronic Correspondence From and To Tanya Whitlock, Auction.com (Re: Request for Additional Trustee Signature) | 0.20 | DK |
| Jun-13-19 | Staff Case Planning Conference with with Trustee Assistant, Dena Kistler (Re: Closing on 402 N. Delaware Ave., Minersville) (3x) | 0.20 | AJ |
| | Staff Case Planning Conference With Attorney Schwab (Re:Closing on 402 N. Delaware Ave., Minersville) | 0.20 | AJ |
| | Preparation of Trustee Deed (Re:: Sale of 402 N. Delaware Ave., Minersville) | 0.70 | AJ |
| | Electronic Correspondence to Tanya Whitlock with Auction.com (Re: Draft Trustee Deed for Review and Approval for the Sale of 402 N. Delaware Ave., Minersville) | 0.20 | AJ |
| | Electronic Correspondence From and To Attorney Schwab (2x) (Re: Draft Trustee Deed for the Sale of 402 N. Delaware Ave., Minersville) | 0.20 | AJ |
| | Review of and Proof Trustee Deed (Re: Sale of 402 N. Delaware Ave., Minersville) | 0.30 | AJ |
| | Review and Revision of Trustee Deed (Re: Sale of 402 N. Delaware Ave., Minersville) | 0.20 | AJ |
| | Preparation of  Documents in Final for Closing (Re: Trustee Deed, Settlement Statement and Court Order Approving the Sale of 402 N. Delaware Ave., Minersville) | 0.40 | AJ |
| | Telephone Conference with Jackie with HomeSale Realty (Re: Draft Trustee Deed for the Sale of 402 N. Delaware Ave., Minersville and Question on Adding Andrew Reiley to the Deed) | 0.30 | AJ |

| | | |
|---|---|---|
| Telephone Conference with Tanya with Auctions.com (Re: Draft Trustee Deed for the Sale of 402 N. Delaware Ave., Minersville and Question on Adding Andrew Reiley to the Deed) | 0.20 | AJ |
| Electronic Correspondence to Tanya with Aucitons.com (Re: Draft Trustee Deed for Review and Approval for the Sale of 402 N. Delaware Ave., Minersville) | 0.20 | AJ |
| Electronic Correspondence From and To Attorney Schwab (Re: Addition of Andrew Reiley to Trustee Deed for the Sale of 402 N. Delaware Ave., Minersville) | 0.20 | AJ |
| Electronic Correspondence to Jackie with HomeSale Realty (Re: Draft Trustee Deed for the Sale of 402 N. Delaware Ave., Minersville) | 0.20 | AJ |
| Staff Case Planning Conference with Trustee Assistant, Dena Kistler (Re: Sale of 402 N. Delaware Ave., Minersville and Addition of Andrew Reiley to Trustee Deed) | 0.10 | AJ |
| Electronic Correspondence From Tanya with Auctions.com (Re: Revision to Trustee Deed for the Sale of 402 N. Delaware Ave., Minersville) | 0.20 | AJ |
| Telephone Conference with Tanya with Auctions.com (Re: Revision to Trustee Deed for the Sale of 402 N. Delaware Ave., Minersville) | 0.20 | AJ |
| Review and Revision of Trustee Deed (Re: Sale of 402 N. Delaware Ave., Minersville) (2x) | 0.20 | AJ |
| Electronic Correspondence to Tanya with Auctions.com (Re: Revised Trustee Deed for Review and Approval for the Sale of 402 N. Delaware Ave., Minersville) | 0.20 | AJ |
| Electronic Correspondence From and To Attorney Schwab (Re: Addition of Andrew Reiley as Grantor) | 0.20 | AJ |
| Electronic Correspondence to Jackie with HomeSale Realty (Re: Revised Trustee Deed | 0.20 | AJ |

|  | | | |
|---|---|---|---|
|  | for Review and Approval for the Sale of 402 N. Delaware Ave., Minersville) | | |
|  | Revision of Trustee Deed (Re: Sale of 402 N. Delaware Ave., Minersville) | 0.20 | AJ |
|  | Electronic Correspondence to Tanya with Auctions.com (Re: Executed Trustee Deed and Settlement Statement and Copy of Co-Owners Agreement to Sell 402 N. Delaware Ave., Minersville) | 0.20 | AJ |
|  | Electronic Correspondence to Jackie with HomeSale Realty (Re: Executed Trustee Deed and Settlement Statement and Copy of Co-Owners Agreement to Sell 402 N. Delaware Ave., Minersville) | 0.20 | AJ |
|  | Receipt and Review of Phone Message from Jackie (Re: Homesale Settlement Question on Adding Another Mane to Deed) | 0.10 | DK |
|  | Electronic Correspondence From Tayna Whitlock, Auction.com (Re: HUD Form and Closing Matters) | 0.20 | DK |
|  | Telephone Conference with Attorney Schwab (Re: Instructions for Closing) | 0.20 | DK |
|  | Electronic Correspondence to Amanda Jones (Re: Deed) | 0.20 | DK |
|  | Notary Services (Re: 402 North Delaware Avenue Minersville, PA) | 0.20 | DK |
|  | Telephone Conference with Tanya Whitlock, Auction.com (Re: Contact Information Requested for Andrew C. Reiley) | 0.30 | DK |
| Jun-14-19 | Electronic Correspondence From and To Tanya Whiting (Re: Closing) (5x) | 0.60 | WGS |
|  | Staff Case Planning Conference with with Trustee Assistant, Dena Kistler (Re: Closing on 402 N. Delaware Ave.) | 0.10 | AJ |
|  | Staff Case Planning Conference with with Attorney Schwab and Trustee Assistant Dena Kistler (Re: Finalized Closing Documents for the Sale of 402 N. Delaware Ave.) | 0.20 | AJ |

| | | |
|---|---|---|
| Electronic Correspondence From and To Michael Polanco (Re: Confirmation of Settlement on 402 N. Delaware Ave.) | 0.20 | AJ |
| Preparation of (1) Check to Dena Kistler (Re: Notary Fee - Trustee Deed for the Sale of 402 N. Delaware Ave.) | 0.20 | AJ |
| Staff Case Planning Conference with with Trustee Assistant, Dena Kistler (Re: Executed Closing Documents for the Sale of 402 N. Delaware Ave.) | 0.20 | AJ |
| Electronic Correspondence From and To Jackie with HomeSale Settlement (4x) (Re: Overnighting Executed Closing Documents for the Sale of 402 N. Delaware Ave.) | 0.30 | AJ |
| Preparation of (1) UPS Overnight Mailing Label and Receipt to Jackie with HomeSale Realty (Re: Trustee Deed for the Sale of 402 N. Delaware Ave.) | 0.20 | AJ |
| Electronic Correspondence From Jackie with HomeSale Realty (2x) (Re: Refusal of Andrew Reiley to Execute Deed) | 0.20 | AJ |
| Telephone Conference with  Attorney Schwab (2x) (Re: Refusal of Andrew Reiley to Execute Deed) | 0.20 | AJ |
| Electronic Correspondence From Tayna Whitlock, Auction.com (Re: Request for Andrew C. Reiley Contact Information) | 0.20 | DK |
| Voice Mail To Marie Reiley (Re: Request for Phone Number for Andrew C. Reiley- Required for Sale of 402 N. Delaware Avenue Minersville, PA) | 0.10 | DK |
| Telephone Conference with Marie Reiley (Re: Contact Information for Andrew C. Reiley) | 0.20 | DK |
| Electronic Correspondence to and from Tayna Whitlock and Jackie Giba (Re: Contact Information for Andrew C. Reiley) | 0.20 | DK |
| Electronic Correspondence From Dean Peffley, Home Sales (Re: Opposition from Andrew C. Reiley - Not Signing Documents) | 0.20 | DK |
| Telephone Conference with Attorney Schwab | 0.20 | DK |

| | | | |
|---|---|---|---|
| | (Re: Possible Travel for Signature by Andrew C. Reiley) | | |
| | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | IA |
| Jun-17-19 | Staff Case Planning Conference with with Attorney Schwab (Re: Status on Andrew Reiley Signing Closing Documents) | 0.30 | DK |
| | Voice Mail To Andrew C. Reiley (Re: Request to Follow Up and Sign Closing Documents for 402 N. Delaware Avenue Minersville, PA) | 0.20 | DK |
| | Telephone Conference with Attorney Shane Hobbs (Re: Attorney  for Andrew Reiley- Send Closing Documents and His Client Will Execute Same for 402 N. Delaware Avenue Minersville, PA) | 0.20 | DK |
| | Electronic Correspondence From Jackie Gida, HomeSale Settlement Services (Re: Request for Update on Andrew Reiley Signing Closing Documents for 402 N. Delaware Avenue Minersville, PA) | 0.20 | DK |
| | Electronic Correspondence to Attorney Schwab, Jackie Gida and Tayna Whitlock (Re: Update on Andrew C. Reiley and Signing of Closing Documents for 402 N. Delaware Avenue Minersville, PA) | 0.20 | DK |
| | Electronic Correspondence to Attorney Schwab (Re: Andrew C. Reiley Signing Matter- Resolved for 402 N. Delaware Avenue Minersville, PA) | 0.20 | DK |
| Jun-18-19 | Electronic Correspondence From and To Jackie Giba with HomeSale Realty (Re: UPS Overnight Label to Forward Executed Trustee Deed to Attorney Hobbs for the Sale of 402 N. Delaware Ave.) | 0.20 | AJ |
| | Electronic Correspondence From and To Jackie Giba with HomeSale Realty (Re: Closing on 402 N. Delaware Ave.) (2x) | 0.20 | AJ |
| | Electronic Correspondence From and To Attorney Shane Hobbs (Re: Execution of Trustee Deed by Mr. Reilly for the Sale of 402 N. Delaware Ave.) (2x) | 0.20 | AJ |

| | | | |
|---|---|---|---|
| | Staff Case Planning Conference with with Trustee Assistant, Dena Kistler (Re: Finalization of Location and Closing Documents for the Sale of 402 N. Delaware Ave.) (4x) | 0.30 | AJ |
| | Telephone Conference with Michael Palunko, Buyer (Re: Status of 402 N. Delaware Ave Minersville, PA) | 0.20 | DK |
| | Electronic Correspondence From Jackie Giba, HomeSale Settlement (Re: Questions on Andrew Reiley and Closing Documents) | 0.20 | DK |
| | Telephone Conference with Tayna Witlock, Auction.com (Re:  Status on Closing- Request for Trustee Executed Documents for Andrew Reilley to Sign Off) | 0.20 | DK |
| | Staff Case Planning Conference with with Attorney Schwab (Re: Current Issues with Closing for 402 N. Delaware Avenue Minersville, PA) | 0.30 | DK |
| | Electronic Correspondence to Tanya Whitlock and Jackie Giba (Re: Executed Deed and HUD for Closing on 402 N. Delaware Avenue Minersville, PA) | 0.20 | DK |
| Jun-19-19 | Electronic Correspondence From and To Attorney Shane Hobbs, Jackie Giba with HomeSale Realty and Tanay Whitlock with Auction.com (Re: Status of Overnighted Deed for the Sale of 402 Delaware Ave.) | 0.20 | AJ |
| | Electronic Correspondence From and to Tayna Whitlock, Auction.com (Re: Request for a Status on Document Signing and Return for 402 N. Delaware Ave Minersville, PA) | 0.30 | DK |
| | Telephone Conference with Attorney Hobb's (Re: Original Documents Signing and Possible Delivery to HomeSales Settlement) | 0.20 | DK |
| | Telephone Conference with Attorney Schwab (Re: Review of Closing Matters) | 0.20 | DK |
| Jun-20-19 | Telephone Conference with Tayna Whitlock, Auction.com (Re: Sale of 402 N. Delaware Ave Minersville, PA-Request to Provide | 0.20 | DK |

| | | | |
|---|---|---|---|
| | Settlement Agent with Proper Address to Send Carve Out to Trustee) | | |
| Jun-24-19 | Preparation of Report of Sale | 0.70 | WGS |
| | Preparation of (1) Deposit and Logged into Account Ledger | 0.30 | AJ |
| | Logged in (1) Check (Re: Homesale Settlement Services) | 0.10 | JAS |
| Jun-26-19 | Preparation of (1) Check (Re: UPS Overnight Fee - Trustee Deed for the Sale of 402 N. Delaware Ave.) | 0.20 | AJ |
| | Receipt and Review of Electronic Correspondence from Trustee Insurance (Re: Insurance Premium Invoice) | 0.20 | AJ |
| | Electronic Correspondence From Trustee Insurance (Re: Invoice for 402 N. Delaware Avenue Mt. Carmel, PA) | 0.20 | DK |
| | Electronic Correspondence to Trustee Insurance (Re: Request to Terminate Insurance Coverage) | 0.20 | DK |
| Jun-28-19 | Preparation of (1) Check (Re: Trustee Insurance Premium) | 0.20 | AJ |
| | Staff Case Planning Conference with with Amanda Jones (Re: Trustee Insurance Final Invoice) | 0.20 | DK |
| Jul-09-19 | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | IA |
| Jul-16-19 | Staff Case Planning Conference with with Attorney Schwab (Re: Bank of America Documents - Amended Verification of Non-Military Service- Civil Relief Act) | 0.10 | DK |
| Jul-22-19 | Receipt and Review of Letter from Discover (Re: Discover Card Refund) | 0.10 | DK |
| Jul-25-19 | Staff Case Planning Conference with Attorney Schwab (Re: Release of Discover Card Funds to Debtor) | 0.10 | DK |
| | Receipt and Review of PP & L Invoice for | 0.20 | DK |

Past Due Services- 612 Market Street
Pottsville, PA)

| Date | Description | Hours | Initials |
|---|---|---|---|
| | Staff Case Planning Conference with Attorney Schwab (Re: Review of Past Due PP & L Invoice- Final Bill) | 0.20 | DK |
| Aug-01-19 | Preparation of (1) Check (Re: UPS Overnight Fees) | 0.20 | AJ |
| | Preparation of (1) Check (Re: PPL Utility Bill) | 0.20 | AJ |
| Aug-06-19 | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | IA |
| Sep-05-19 | Accounting and Verifying of Bank Records in IQ7 | 0.30 | WGS |
| | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | IA |
| Oct-07-19 | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | IA |
| Oct-10-19 | Review of Assets, Claims and Bank Accounts (Re: Preparation for TFR) | 0.50 | AJ |
| | Review of and Run Health Check Report (Re: Preparation for TFR) | 0.20 | AJ |
| | Preparation of Trustee Narrative (Re: Exhibit to TFR) | 0.20 | AJ |
| | Preparation of Application (Re: Final Compensation and Expenses to Attorney for the Trustee) | 0.70 | AJ |

| **Breakdown by Person** | **Total Hours** |
|---|---|
| William G. Schwab | 5.10 |

| **Breakdown by Person** | **Total Hours** |
|---|---|
| Amanda Jones | 21.60 |

| **Breakdown by Person** | **Total Hours** |
|---|---|
| Dena Kistler | 31.60 |

| **Breakdown by Person** | **Total Hours** |
|---|---|
| Blended Rate Lawyer | 3.00 |

| **Breakdown by Person** | **Total Hours** |
|---|---|
| Joyce A.Schwab | 0.50 |

**61.80**

## DISBURSEMENTS

| | | Disbursements | Receipts |
|---|---|---|---|
| Nov-26-18 | Photocopying @ $.15@ Copy (57) | 8.55 | |
| Nov-28-18 | Photocopying @ $.15@ Copy (2) | 0.30 | |
| | Photocopying @ $.15@ Copy (2) | 0.30 | |
| | Facsimile @ $1.00 per Page (1) | 1.00 | |
| Nov-30-18 | Postage | 1.50 | |
| Dec-03-18 | Photocopying @ $.15@ Copy (3) | 0.45 | |
| Dec-10-18 | Photocopying @ $.15@ Copy (3) | 0.45 | |
| Dec-11-18 | Photocopying @ $.15@ Copy (2) | 0.30 | |
| Dec-12-18 | Photocopying @ $.15@ Copy (2) | 0.30 | |
| | Photocopying @ $.15@ Copy (4) | 0.60 | |
| Dec-13-18 | Postage (1) | 0.50 | |
| | Photocopying @ $.15@ Copy (4) | 0.60 | |
| Dec-18-18 | Postage | 0.50 | |
| | Photocopying @ $.15@ Copy (2) | 0.30 | |
| Dec-21-18 | Photocopying @ $.15@ Copy (39) | 5.85 | |
| Jan-02-19 | Postage | 3.00 | |
| | Photocopying @ $.15@ Copy (85) | 12.75 | |
| Jan-07-19 | Postage | 0.50 | |
| | Photocopying @ $.15@ Copy (9) | 1.35 | |
| Jan-08-19 | Photocopying @ $.15@ Copy (4) | 0.60 | |
| Jan-14-19 | Photocopying @ $.15@ Copy (2) | 0.30 | |
| Jan-22-19 | Photocopying @ $.15@ Copy (2) | 0.30 | |
| Feb-25-19 | Photocopying @ $.15@ Copy (2) | 0.30 | |
| Feb-26-19 | Photocopying @ $.15@ Copy (2) | 0.30 | |
| Mar-04-19 | Photocopying @ $.15@ Copy (3) | 0.45 | |

| Date | Description | Amount | |
|------|-------------|-------:|---:|
| Mar-27-19 | Photocopying @ $.15@ Copy (1) | 0.15 | |
| Mar-28-19 | Postage | 0.55 | |
| | Photocopying @ $.15@ Copy (2) | 0.30 | |
| Apr-12-19 | Photocopying @ $.15@ Copy (2) | 0.30 | |
| Apr-15-19 | Photocopying @ $.15@ Copy (3) | 0.45 | |
| Apr-17-19 | Photocopying @ $.15@ Copy (3) | 0.45 | |
| Apr-24-19 | Photocopying @ $.15@ Copy (5) | 0.75 | |
| Apr-26-19 | Photocopying @ $.15@ Copy (1) | 0.15 | |
| Apr-29-19 | Postage | 0.50 | |
| | Photocopying @ $.15@ Copy (3) | 0.45 | |
| May-15-19 | Photocopying @ $.15@ Copy (10) | 1.50 | |
| Jun-13-19 | Photocopying @ $.15@ Copy (35) | 5.25 | |
| Jun-17-19 | Photocopying @ $.15@ Copy (3) | 0.45 | |
| | Photocopying @ $.15@ Copy (4) | 0.60 | |
| Jun-18-19 | Photocopying @ $.15@ Copy (6) | 0.90 | |
| Jun-24-19 | Photocopying @ $.15@ Copy (3) | 0.45 | |
| Jun-26-19 | Photocopying @ $.15@ Copy (1) | 0.15 | |
| Jun-28-19 | Postage | 1.10 | |
| | Photocopying @ $.15@ Copy (7) | 1.05 | |
| Jul-01-19 | Postage | 0.50 | |
| Aug-02-19 | Postage | 1.10 | |
| Oct-03-19 | Photocopying @ $.15@ Copy (7) | 1.05 | |
| Oct-10-19 | Photocopying @ $.15@ Copy (2) | 0.30 | |
| Oct-11-19 | Distribution Expenses | 33.90 | |
| | Totals | $93.70 | $0.00 |

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:  MARIE J. REILEY,  :  **Chapter 7**
　　　　　　　Debtor.  :  **Case No. 18-04484**

## <u>NARRATIVE</u>

In this case, the Trustee collected rent and sold property located in Minersville, Pennsylvania.

In addition to the work that has already been itemized and is attached hereto, it is anticipated there will be additional work that is not included in the time records that are being submitted. We expect in the next three to four months, while the Final Report is pending before final distribution, that the bank account will have to be reconciled a minimum of four additional times. Billing at three-tenths of an hour of paralegal time, which includes the Trustee's review time, we expect that the total additional hours that will be spent on this project will amount to 1.2 hours of reconciliation.

Once the Court finalizes and approves the Final Report, the Order will have to be reviewed with a .1 time of Trustee time. We will then run a final distribution report which is reviewed by the paralegal and the trustee one last time for changes with paralegal times of .2 hour and attorney time at .1 hour. We then expect to prepare the checks in this case and photocopy the report to attach to the checks. We expect this will take an additional .5 paralegal time. Within the next sixty days we will be reviewing the bank statements monthly to make sure all of the checks are returned and again reconcile the account with paralegal time of three-tenths of an hour each time. For further information on the estimated time records needed to complete estate administration, please see the attached billing statement.

The case resulted in a distribution of 21.9% to unsecured creditors (if allowed), in a case that was originally represented as a no-asset case.