# 2UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: MARIE J. REILEY,  :  Chapter 7
          Debtor.  :  Case No. 18-04484

## SUMMARY COVER SHEET FEES AND EXPENSES APPLICATION

a. Your applicant was appointed on December 17, 2018.

b. Your applicant represents William G. Schwab, Trustee.

c. The total amount of the compensation requested is $1,500.00.

d. This compensation is Final Compensation.

e. The total amount of expenses for which reimbursement is sought is $34.00 and is for period of November 28, 2018 through June 17, 2019.

f. The dates and amounts of previous compensation paid are $0.00.

g. The date and amount of any retainer paid are N/A.

Applicant's Signature:

/s/ William G. Schwab
**WILLIAM G. SCHWAB, ESQUIRE**
**ATTORNEY FOR TRUSTEE**

Dated: December 3, 2019

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: MARIE J. REILEY, | : | Chapter 7 |
| Debtor. | : | Case No. 18-04484 |

## FINAL APPLICATION FOR COMPENSATION
## TO ATTORNEY FOR TRUSTEE

A. Your applicant was appointed on December 17, 2018. A copy of the Order appointing Attorney is attached hereto, made a part hereof and marked as Exhibit "A".

B. Your applicant represents the bankrupt estate.

C. Your applicant is a disinterested person and has not represented or held an interest adverse to the interest of the estate on the matters on which he was employed in compliance with 11 U.S.C. § 327(a).

D. The total amount of the unapproved compensation requested for attorney's fees is, four thousand nine hundred fifty-three and 00/100 dollars. Using a cost-benefit analysis, the fees have been reduced to one thousand five hundred and 00/100 Dollars ($1,500.00) as set forth in the attached Exhibits "B".

E. This compensation is final compensation.

F. The total out-of-pocket costs for each matter are set forth in the attached Exhibit "B", and total, thirty-four and 00/100 Dollars ($34.00).

G. Photocopies are billed at fifteen cents per copy, facsimiles are charged at $1.00 per page, including long distance charges, long distance telephone charges, postage and computer research are billed at cost.

H. The attorney for the Trustee has performed services on the following matters which are described in more detail as follows:

**General Case History:** Marie J. Reiley filed for relief under Chapter 7 of the bankruptcy code on October 23, 2018. This matter involved the rental of property and sale of property located in Minersville, Pennsylvania.

I. Previous compensation & expenses were never paid.

J. No retainer of any nature has been paid to the undersigned.

K. The identity of the individual attorney or paralegal performing the services and their respective hourly rates are as follows:

| Initials | Name | Capacity | Hourly Rate |
|----------|------|----------|-------------|
| WGS | William G. Schwab | Attorney | $395.00/hr. |
| EJF | Eric James Filer | Associate | $295.00/hr. |
| AJ | Amanda Jones | Paralegal | $90.00/hr. |
| | Blended Rate Lawyer | | $160.00 |

L. The blended professional rate for this petition is $252.70 per hour.

M. Currently there is $6,.827.75 on hand, after the payment of secured creditors and authorized fees and expenses.

WHEREFORE, now comes WILLIAM G. SCHWAB, attorney and moves for approval of the fees as more particularly described in the attached Exhibits, which are for legal work to the bankrupt estate. The undersigned has reviewed and certifies same as an accurate and complete account of the services rendered and costs incurred in the above-captioned matter for the period indicated.

Respectfully Submitted,

WILLIAM G. SCHWAB & ASSOCIATES

By: /s/ William G. Schwab
WILLIAM G. SCHWAB, ESQUIRE
Attorney for Trustee
811-1 Blakeslee Blvd. Drive East
P.O. Box 56, Lehighton, PA 18235
(610) 377-5200, Fax (610) 377-5209

# EXHIBIT "A"

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: MARIE J. REILEY, : Chapter 7

Debtor. : Case No. 5:18-04484-RNO

## ORDER AUTHORIZING EMPLOYMENT OF ATTORNEY FOR TRUSTEE

UPON consideration of the annexed Application of WILLIAM G. SCHWAB, ESQUIRE, Trustee in the above captioned matter, praying for authority to employ and appoint WILLIAM G. SCHWAB and WILLIAM G. SCHWAB AND ASSOCIATES, as of the date of his appointment as Trustee, under a general retainer to represent him as attorney for the Trustee, and it further appearing that no notice of the hearing of said application should be given, no adverse interest having been represented, and it further appearing that the said WILLIAM G. SCHWAB, ESQUIRE is an attorney duly admitted to practice in this court, and the Court being satisfied that WILLIAM G. SCHWAB, ESQUIRE and WILLIAM G. SCHWAB AND ASSOCIATES represents no adverse interest as attorney for the Trustee of the estate of the Debtor in the matters upon which he is engaged; that his employment is necessary and would be in the best interest of the estate, and the case is one justifying the employment of an attorney under a general retainer, IT IS :

HEREBY ORDER AND DECREED that the said WILLIAM G. SCHWAB, ESQUIRE as such Trustee, be and hereby is authorized to employ the said WILLIAM G. SCHWAB, ESQUIRE and his firm as attorney under a general retainer. * Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is dependent on the consideration of a final application for fees. In re Engel, 124 F.3d 567 (3rd Cir. 1997).

Dated: December 17, 2018

By the Court,

*[signature]*

Robert N. Opel, II, Chief Bankruptcy Judge (DG)

---

* Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is dependent on the consideration of a final application for fees. *In re Engel*, 124 F.3d 567 (3rd Cir. 1997).

Case 5:18-bk-04484-RNO    Doc 24    Filed 12/17/18    Entered 12/17/18 12:08:13    Desc
Main Document    Page 1 of 1
Case 5:18-bk-04484-RNO    Doc 61    Filed 12/03/19    Entered 12/03/19 15:52:59    Desc
Main Document    Page 5 of 12

# EXHIBIT "B"

Marie Reiley  October 11, 2019
c/o Thomas J. Campion
1940 W. Norwegian Street
Pottsville, Pennsylvania 17901

|  |  |
|---|---|
| File #: | 18406-2 |
| Inv #: | Sample |

Attention:

RE:     Attorney

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Nov-28-18 | Preparation of Documents in Final for Electronic Filing (Re: Application to Appoint Attorney for the Trustee, Affidavit of Proposed Attorney, Proposed Order and Certificate of Service) | 0.20 | 18.00 | AJ |
|  | Review of Finalized Document for Compliance With ECF Requirements and Local Rules (Re: Application to Appoint Attorney for the Trustee, Affidavit of Proposed Attorney, Proposed Order and Certificate of Service) | 0.20 | 18.00 | AJ |
|  | Preparation of Application (Re: Appointment of Attorney for the Trustee) | 0.20 | 32.00 | IA |
|  | Preparation of Affidavit of Proposed Attorney (Re: Application to Appoint Attorney for the Trustee) | 0.10 | 16.00 | IA |
|  | Preparation of Proposed Order (Re: Application to Appoint Attorney for the Trustee) | 0.10 | 16.00 | IA |
|  | Preparation of Certificate of Service (Re: Application to Appoint Attorney for the Trustee) | 0.10 | 16.00 | IA |
| Dec-12-18 | Review of Auction.com Documents (Re: Motion to Sell) | 0.30 | 88.50 | EJF |
| Dec-18-18 | Receipt and Review of Court Order (Re: Granting Application to Employ Attorney for Trustee) | 0.20 | 18.00 | AJ |
| Dec-20-18 | Electronic Correspondence to Mandy Jones (Re: Filing Application) | 0.10 | 29.50 | EJF |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jan-03-19 | Staff Case Planning Conference with with Attorney Filer (Re: Check on Status of Listing of Property with Auction.com and Court Filing of Documents) | 0.30 | 27.00 | DK |
| Mar-06-19 | Telephone Conference with Jill and Powers & Kim (Re: Assignment of Rents) | 0.30 | 118.50 | WGS |
| Apr-05-19 | Review and Revision of Motion (Re: Auction Motion) | 1.50 | 442.50 | EJF |
|  | Telephone Conference with Attorney Schwab (Re: Auction Motion) | 0.20 | 59.00 | EJF |
| Apr-08-19 | Preparation of Motion (Re: Sell Property) | 3.00 | 885.00 | EJF |
|  | Preparation of Motion (Re: Abandon Property) | 0.60 | 177.00 | EJF |
| Apr-09-19 | Review and Revision of Motion to Sell Including Co-Owner Interests | 0.20 | 79.00 | WGS |
|  | Staff Case Planning Conference with Attorney Filer (Re: Sale Motion) | 0.20 | 79.00 | WGS |
|  | Electronic Correspondence to Ms. Trainor (Re: Revisions to Sales Motion) | 0.10 | 29.50 | EJF |
|  | Review and Revision of Sale Motion and Email Realtor (Re: Revised Motion to Sell) | 0.60 | 177.00 | EJF |
|  | Preparation of Motion, Order, Certificate of Service, Notice (Re: Motion to Abandon) | 2.50 | 737.50 | EJF |
|  | Review of Finalized Document for Compliance With ECF Requirements and Local Rules (Re: Sale Motion) | 0.70 | 206.50 | EJF |
|  | Review and Revision of Sale Motion (Re: 402 Delaware, Minersville Property) | 1.00 | 295.00 | EJF |
|  | Staff Case Planning Conference with with Attorney Filer (Re: Motion to Sell Real Property Free and Clear) | 0.10 | 9.00 | AJ |
|  | Service of Court Documents Along With Certificate of Service and Electronic Filing of Same (Re: Service of Filed Motion to Sell Real Property Free and Clear) | 0.30 | 27.00 | AJ |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Apr-10-19 | Staff Case Planning Conference with with Attorney Schwab (Re: Sales Agreement) | 0.20 | 59.00 | EJF |
| | Electronic Correspondence to Ms. Trainor (Re: Sales Agreement Issues) | 0.30 | 88.50 | EJF |
| | Receipt and Review of Court Order (Re: Setting Response Deadline and Hearing Date for the Filed Motion to Sell Real Property Free and Clear) | 0.20 | 18.00 | AJ |
| | Preparation of Notice (Re: Notice with Hearing Date and Response Deadline to Object to the Filed Motion to Sell Real Property Free and Clear) | 0.20 | 18.00 | AJ |
| | Preparation of Electronically Filing Documents with CertificateofService.com for Service Upon Creditor Mailing Matrix (Re: Notice of the Filed Motion to Sell Real Property Free and Clear, the Filed Motion and the Court Order Dated 4/9/19 Setting Response Deadline and Hearing Date for Same) | 0.20 | 18.00 | AJ |
| | Review of Finalized Document for Compliance With ECF Requirements and Local Rules (Re: Notice and Certificate of Service as Proof of Service of the Court Order Dated 4/9/19 Served Upon Creditor Mailing Matrix) | 0.20 | 18.00 | AJ |
| | Service of Court Documents Along With Certificate of Service and Electronic Filing of Same Upon List of Respondents (Re: Service of the Court Order Dated 4/9/19 Setting Response Deadline and Hearing Date and a Copy of the Filed Motion to Sell Real Property Free and Clear) | 0.50 | 45.00 | AJ |
| | Review of Finalized Document for Compliance With ECF Requirements and Local Rules (Re: Certificate of Service as Proof of Service of the Filed Motion to Sell Real Property Free and Clear and the Order Setting Hearing Date and Response Deadline Served Upon List of Respondents) | 0.20 | 18.00 | AJ |
| Apr-11-19 | Preparation of Amended Certificate of Service (Re: Service of Filed Motion to Sell Real | 0.20 | 18.00 | AJ |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Property Free and Clear and a Copy of the Court Order Setting Hearing Date and Response Deadline for Same Upon Andrew C. Reiley) | | | |
| | Review of Finalized Document for Compliance With ECF Requirements and Local Rules (Re: Amended Certificate of Service of the Filed Motion to Sell Real Property Free and Clear and a Copy of the Court Order Setting Hearing Date and Response Deadline for Same Upon Andrew C. Reiley) | 0.20 | 18.00 | AJ |
| Apr-16-19 | Review and Revision of Documents (Re: Trustee's Motion to Abandon 612 West Market St., 614 West Market St., 624 West Arch St. and 212 N. Second St., Pottsville, Notice, Proposed Order and Certificate of Service) | 0.30 | 27.00 | AJ |
| Apr-18-19 | Review and Revision of Motion to Abandon and ECF (Re: foreclosure properties) | 0.80 | 236.00 | EJF |
| | Preparation of Electronically Filing Documents with CertificateofService.com for Service Upon Creditor Mailing Matrix (Re: Notice of the Filed Trustee's Motion to Abandon Real Property) | 0.20 | 18.00 | AJ |
| | Review of Finalized Document for Compliance With ECF Requirements and Local Rules (Re: Notice of the Filed Trustee's Motion to Abandon Real Property and Certificate of Service as Proof of Service Upon the Creditor Mailing Matrix) | 0.20 | 18.00 | AJ |
| Apr-24-19 | Electronic Correspondence From and To Attorney Filer (Re: Co-Owner Concurrence) | 0.20 | 79.00 | WGS |
| Apr-25-19 | Preparation of Consent and It to Mr. Reiley (Re: Sale Motion) | 0.50 | 147.50 | EJF |
| Apr-29-19 | Review and Revision of Agreement to Sell (Re: Co-Owner's Interest) | 0.10 | 29.50 | EJF |
| May-06-19 | Electronic Correspondence From Attorney Hobs (Re: Consent for Sail) | 0.10 | 29.50 | EJF |
| | Review of Order (Re: Abandonment Order) | 0.10 | 29.50 | EJF |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| May-07-19 | Receipt and Review of Court Order (Re: Approving Abandonment of Pottsville Properties) | 0.20 | 18.00 | AJ |
| May-08-19 | Review of Order and E-mail to Attorney Schwab (Re: Sale of the Property) | 0.20 | 59.00 | EJF |
| May-09-19 | Review of Finalized Document for Compliance With ECF Requirements and Local Rules (Re: Exhibit for Sale Motion - Co Owners Agreement) | 0.30 | 88.50 | EJF |
| | Receipt and Review of Court Order (Re: Granting Motion for Sale of Property Free and Clear) | 0.20 | 18.00 | AJ |
| May-13-19 | Telephone Conference with Attorney Gellert (Re: Minersville Proof of Claims) | 0.20 | 59.00 | EJF |
| May-14-19 | Telephone Conference with Attorney Hobbs (Re: Abandoned Property) | 0.20 | 59.00 | EJF |
| Jun-17-19 | Electronic Correspondence to Homesales (Re: Closing Issues) | 0.30 | 118.50 | WGS |
| | Totals | 19.60 | $4,953.00 | |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| William G. Schwab | 1.20 | $395.00 | $474.00 |
| Eric J. Filer | 13.60 | $295.00 | $4,012.00 |
| Amanda Jones | 4.00 | $90.00 | $360.00 |
| Dena Kistler | 0.30 | $90.00 | $27.00 |
| Blended Rate Lawyer | 0.50 | $160.00 | $80.00 |

| DISBURSEMENTS | | Disbursements | Receipts |
|---|---|---|---|
| Nov-28-18 | Photocopying @ $.15@ Copy (12) | 1.80 | |
| Dec-18-18 | Photocopying @ $.15@ Copy (2) | 0.30 | |
| Apr-09-19 | Photocopying @ $.15@ Copy (74) | 11.10 | |
| Apr-10-19 | Photocopying @ $.15@ Copy (96) | 14.40 | |
| Apr-11-19 | Postage | 0.65 | |

|            |                                   |         |        |
|------------|-----------------------------------|---------|--------|
|            | Photocopying @ $.15@ Copy (13)    | 1.95    |        |
| Apr-16-19  | Photocopying @ $.15@ Copy (7)     | 1.05    |        |
| Apr-18-19  | Photocopying @ $.15@ Copy (8)     | 1.20    |        |
| Apr-29-19  | Postage                           | 0.50    |        |
|            | Photocopying @ $.15@ Copy (2)     | 0.30    |        |
| May-08-19  | Photocopying @ $.15@ Copy (2)     | 0.30    |        |
| Oct-10-19  | Photocopying @ $.15@ Copy (3)     | 0.45    |        |

|                              |           |        |
|------------------------------|-----------|--------|
| Totals                       | $34.00    | $0.00  |
| **Total Fees & Disbursements** |         | **$4,987.00** |
| Previous Balance             |           | $0.00  |
| Previous Payments            |           | $0.00  |
| **Balance Due Now**          |           | **$4,987.00** |
| **AMOUNT QUOTED:**           |           | **$0.00** |