UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

In re:  § Case No. 5:18-bk-04484-RNO
Reiley, Marie J. §
§
§
§
Debtors(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that William G. Schwab, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/03/2019    By: /s/ William G.Schwab
                                Trustee

William G. Schwab
811-1 Blakeslee Blvd Drive East
Lehighton, PA 18235

UST Form 101-7-NFR (10/1/2010) (Page 1)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

In re: §
§ Case No. 5:18-bk-04484-RNO
Reiley, Marie J. §
§
§
§
Debtors(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 16,961.67 |
| and approved disbursements of | $ 10,133.92 |
| leaving a balance on hand of: | $ 6,827.75 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 00004 | Borough of Minersville | $ 480.37 | $ 480.37 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 6,827.75 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees: William G. Schwab, Trustee | $ 2,446.17 | $ 0.00 | $ 2,446.17 |
| Other: MR. BARRY J. SPIELES | $ 680.00 | $ 680.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,446.17 |
| Remaining Balance | $ 4,381.58 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

UST Form 101-7-NFR (10/1/2010) (Page 2)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $19,991.39 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.9 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | Douglas and Robin Strouse | $ 1,400.00 | $ 0.00 | $ 306.85 |
| 00002 | Discover Bank Discover Products Inc | $ 12,917.25 | $ 0.00 | $ 2,831.17 |
| 00003 | MIDLAND FUNDING LLC | $ 5,674.14 | $ 0.00 | $ 1,243.56 |

Total to be paid to timely general unsecured creditors $ 4,381.58

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ William G.Schwab
Trustee

William G. Schwab
811-1 Blakeslee Blvd Drive East
Lehighton, PA 18235

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: MARIE J REILEY | CASE NO: 18-04484-RNO |
|---|---|
| | **DECLARATION OF MAILING** |
| | **CERTIFICATE OF SERVICE** |
| | Chapter: 7 |

On 12/3/2019, I did cause a copy of the following documents, described below,

Notice of Final Report (NFR)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/3/2019

/s/ William G. Schwab
William G. Schwab  23081
William G. Schwab & Associates
811-1 Blakeslee Blvd Drive East
Lehighton, PA  18235
610 377 5200

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARIE J REILEY

CASE NO: 18-04484-RNO

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7

On 12/3/2019, a copy of the following documents, described below,

Notice of Final Report (NFR)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/3/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
William G. Schwab
William G. Schwab & Associates
811-1 Blakeslee Blvd Drive East
Lehighton, PA 18235

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING
03145
CASE 5-18-BK-04484-RNO
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE
TUE DEC 3 15-17-59 EST 2019

AMANDA L RAUER ESQUIRE
POWERS KIRN  ASSOCIATES LLC
EIGHT NESHAMINY INTERPLEX STE 215
TREVOSE PA 19053-6980

ANDREW C REILEY
1734 WEST MARKET STREET
APT 5
POTTSVILLE PA 17901-2132

BANK OF AMERICA NA
CO POWERS KIRN  ASSOCIATES LLC
8 NESHAMINY INTERPLEX DRIVE SUITE 215
TREVOSE PA 19053-6980

BANK OF AMERICA NA
CO MCCABE WEISBERG  CONWAY LLC
SUITE 1400
123 SOUTH BROAD STREET
PHILADELPHIA PA 19109-1060

BANK OF AMERICA
PO BOX 31785
TAMPA FL 33631-3785

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

BOROUGH OF MINERSVILLE
TWO E SUNBURY STREET
MINERSVILLE PA 17954-1799

BOROUGH OF MINERSVILLE
2 EAST SUNBURY STREET
MINERSVILLE PA 17954-1799

THOMAS J CAMPION JR
MARSHALL BOHORAD THORNBURG
PRICECAMPION
1940 WEST NORWEGIAN STREET
PO BOX 1280
POTTSVILLE PA 17901-7280

CRISTINA L CONNOR ESQUIRE
MANLEY DEAS KOCHALSKI LLC
PO BOX 165028
COLUMBUS OH 43216-5028

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY OH 43054-3025

DISCOVER CARD
PO BOX 742655
CINCINNATI OH 45274-2655

DOUGLAS AND ROBIN STROUSE
120 S 2ND STREET
ST CLAIR PA 17970-1205

ELLEN MICKA
1010 HOWARD AVENUE
POTTSVILLE PA 17901-3424

ELLEN MICKA TAX COLLECTOR
CITY OF POTTSVILLE
401 N CENTRE ST STE 1
POTTSVILLE PA 17901-1796

ALBERT JOSEPH EVANS
FANELLI EVANS  PATEL PC
NO 1 MAHANTONGO STREET
POTTSVILLE PA 17901-3083

ERIC JAMES FILER
8111 BLAKESLEE BLVD DRIVE EAST
PO BOX 56
LEHIGHTON PA 18235-0056

ALEXANDRA TERESA GARCIA
MCCABE WEISBERG  CONWAY PC
123 SOUTH BROAD STREET
SUITE 1400
PHILADELPHIA PA 19109-1060

JACOB M OTTLEY ESQUIRE
MCCABE WEISBERG  CONWAY LLC
123 S BROAD STREET STE 1400
PHILADELPHIA PA 19109-1060

JULIANN KOWALCHICK
MINERSVILLE BOROUGH TAX COLLECTOR
246 SUNBURY STREET
MINERSVILLE PA 17954-1360

RAYMOND M KEMPINSKI
MCCABE WEISBERG  CONWAY
123 S BROAD STREET
SUITE 1400
PHILADELPHIA PA 19109-1060

MIDLAND FUNDING LLC
PO BOX 2011
WARREN MI 48090-2011

JILL MANUEL COUGHLIN
POWERS KIRN LLC
EIGHT NESHAMINY INTERPLEX
SUITE 215
TREVOSE PA 19053-6980

MARCUS STOSS
612 W MARKET ST 1ST FL
POTTSVILLE PA 17901-2800

MR COOPER
8950 CYRESS WATERS BLVD
COPPELL TX 75019-4620

NISSAN MOTOR ACCEPTANCE CORPORATION
PO BOX 660360
DALLAS TX 75266-0360

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

AMANDA L RAUER
POWERS KIRN LLC
8 NESHAMINY INTERPLEX
SUITE 215
TREVOSE PA 19053-6980

DEBTOR
MARIE J REILEY
1011 HOWARD AVENUE
POTTSVILLE PA 17901-3423

WILLIAM G SCHWAB
WILLIAM G SCHWAB AND ASSOCIATES
811 BLAKESLEE BLVD DRIVE EAST
PO BOX 56
LEHIGHTON PA 18235-0056

WILLIAM G SCHWAB  ASSOCIATES
811 BLAKESLEE BLVD DRIVE EAST
PO BOX 56
LEHIGHTON PA 18235-0056

WILLIAM G SCHWAB TRUSTEE
WILLIAM G SCHWAB AND ASSOCIATES
811 BLAKESLEE BLVD DRIVE EAST
PO BOX 56
LEHIGHTON PA 18235-0056

SHERRY MARCHEFSKY
612 W MARKET ST 2ND FL
POTTSVILLE PA 17901-2800

UNITED STATES TRUSTEE
228 WALNUT STREET SUITE 1190
HARRISBURG PA 17101-1722

KARINA VELTER
MANLEY DEAS KOCHALSKI LLC
PO BOX 165028
COLUMBUS OH 43216-5028

WALMART MASTERCARD
PO BOX 960024
ORLANDO FL 32896-0024

JAMES WARMBRODT
701 MARKET STREET SUITE 5000
PHILADEPHIA PA 19106-1541