UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

In re: §
Reiley, Marie J. § Case No. 5:18-bk-04484-RNO
  §
  Debtor(s) §
  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

William G. Schwab, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $69,719.00 (Without deducting any secured claims) | Assets Exempt: $39,184.00 |
| Total Distributions to Claimants: $6,133.42 | Claims Discharged Without Payment: $53,670.81 |
| Total Expenses of Administration: $10,828.25 | |

3) Total gross receipts of $16,961.67 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $16,961.67 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $317,597.00 | $2,232.21 | $2,232.21 | $1,751.84 |
| PRIORITY CLAIMS:<br>    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $10,148.25 | $10,828.25 | $10,828.25 |
|     PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
|     PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $6,569.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $38,061.00 | $19,991.39 | $19,991.39 | $4,381.58 |
| **TOTAL DISBURSEMENTS** | $362,227.00 | $32,371.85 | $33,051.85 | $16,961.67 |

4) This case was originally filed under chapter 7 on 10/23/2018. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated : 01/21/2020     By : /s/ William G. Schwab
                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| 402 N. Delaware Avenue Minersville PA 17954-0000 | 1110-000 | $14,076.67 |
| Cash | 1129-000 | $635.00 |
| Post-Petition Rents | 1222-000 | $2,250.00 |
| **TOTAL GROSS RECEIPTS** | | **$16,961.67** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00004 | Borough of Minersville | 4210-000 | NA | $480.37 | $480.37 | $0.00 |
| | Bank of America | | $100,594.00 | NA | NA | $0.00 |
| | HOME SALE SETTLEMENT | 4110-000 | NA | $1,751.84 | $1,751.84 | $1,751.84 |
| | Bank of America | | $40,427.00 | NA | NA | $0.00 |
| | Bank of America | | $82,619.00 | NA | NA | $0.00 |
| | Mr Cooper | | $37,365.00 | NA | NA | $0.00 |
| | Bank of America | | $32,735.00 | NA | NA | $0.00 |
| | Nissan MotorAcceptance | | $23,857.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | **$317,597.00** | **$2,232.21** | **$2,232.21** | **$1,751.84** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) (Page: 3)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| William G. Schwab, Trustee | 2100-000 | NA | $2,446.17 | $2,446.17 | $2,446.17 |
| MR. BARRY J. SPIELES | 2990-000 | NA | $0.00 | $680.00 | $680.00 |
| BARCLAYS | 2690-000 | NA | $58.40 | $58.40 | $58.40 |
| BUSINESS CARD SERVICES | 2690-000 | NA | $181.00 | $181.00 | $181.00 |
| DENA M. KISTLER | 2690-000 | NA | $10.00 | $10.00 | $10.00 |
| HOME SALE SETTLEMENT SERVICES | 2500-000 | NA | $3,822.87 | $3,822.87 | $3,822.87 |
| HOME SALE SETTLEMENT SERVICES | 2820-000 | NA | $666.71 | $666.71 | $666.71 |
| HOME SALE SETTLEMENT SERVICES | 3520-000 | NA | $335.25 | $335.25 | $335.25 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $0.22 | $0.22 | $0.22 |
| PPL ELECTRIC UTILITIES | 2690-000 | NA | $568.20 | $568.20 | $568.20 |
| TRUSTEE INSURANCE AGENCY | 2990-000 | NA | $2,022.93 | $2,022.93 | $2,022.93 |
| UPS | 2690-000 | NA | $27.50 | $27.50 | $27.50 |
| US POSTMASTER | 2690-000 | NA | $9.00 | $9.00 | $9.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $10,148.25 | $10,828.25 | $10,828.25 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ellen Micka, Tax Collector | | $252.00 | NA | NA | $0.00 |
| | Ellen Micka, Tax Collector | | $289.00 | NA | NA | $0.00 |
| | Juliann Kowalchick | | $654.00 | NA | NA | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ellen Micka, Tax Collector | | $1,079.00 | NA | NA | $0.00 |
| | Ellen Micka, Tax Collector | | $1,236.00 | NA | NA | $0.00 |
| | Juliann Kowalchick | | $727.00 | NA | NA | $0.00 |
| | Ellen Micka, Tax Collector | | $759.00 | NA | NA | $0.00 |
| | Ellen Micka, Tax Collector | | $722.00 | NA | NA | $0.00 |
| | Ellen Micka, Tax Collector | | $397.00 | NA | NA | $0.00 |
| | Ellen Micka, Tax Collector | | $454.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $6,569.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00003 | MIDLAND FUNDING LLC | 7100-000 | NA | $5,674.14 | $5,674.14 | $1,243.56 |
| 00002 | Discover Bank Discover Products | 7100-000 | NA | $12,917.25 | $12,917.25 | $2,831.17 |
| 00001 | Douglas and Robin Strouse | 7100-000 | NA | $1,400.00 | $1,400.00 | $306.85 |
| | Bank of America | | $24,330.00 | NA | NA | $0.00 |
| | Discover Card | | $8,791.00 | NA | NA | $0.00 |
| | WalMart Mastercard | | $4,940.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $38,061.00 | $19,991.39 | $19,991.39 | $4,381.58 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: 18-04484 | Judge: Robert N. Opel II | | Trustee Name: William G. Schwab |
| Case Name: Reiley, Marie J. | | | Date Filed (f) or Converted (c): 10/23/2018 (f) |
| | | | 341(a) Meeting Date: 11/27/2018 |
| For Period Ending: 01/21/2020 | | | Claims Bar Date: 05/23/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 614 West Market Street Pottsville PA 17901-0000 | 21,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 624 West Arch Street Pottsville PA 17901-0000 | 3,900.00 | 0.00 | OA | 0.00 | FA |
| 3. 612 W. Market Street Pottsville PA 17901-0000 | 22,500.00 | 0.00 | OA | 0.00 | FA |
| 4. 212 N. Second Street Pottsville PA 17901-0000 | 4,000.00 | 0.00 | OA | 0.00 | FA |
| 5. 402 N. Delaware Avenue Minersville PA 17954-0000 | 13,000.00 | 0.00 | | 14,076.67 | FA |
| 6. 2016 Nissan Rogue Estimated Mileage: 19,950 | 18,319.00 | 0.00 | | 0.00 | FA |
| 7. Kitchen/Living Room/Bedroom furnishings | 5,000.00 | 0.00 | | 0.00 | FA |
| 8. 4 tv's, 3 computers, iPad, 3 iPhones, PS4, 2 DVD players | 3,200.00 | 0.00 | | 0.00 | FA |
| 9. 2 elliptical machines, 1 guitar | 450.00 | 0.00 | | 0.00 | FA |
| 10. Clothes and purses | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. Rings, necklaces and earrings | 700.00 | 0.00 | | 0.00 | FA |
| 12. Cash | 160.00 | 0.00 | | 635.00 | FA |
| 13. Checking CACL Federal Credit Union | 772.50 | 0.00 | | 0.00 | FA |
| 14. Savings CACL Federal Credit Union | 267.50 | 0.00 | | 0.00 | FA |
| 15. Vacation Club BB&T | 500.00 | 0.00 | | 0.00 | FA |
| 16. Savings CACL Federal Credit Union | 59.00 | 0.00 | | 0.00 | FA |
| 17. Checking CACL Federal Credit Union | 109.00 | 0.00 | | 0.00 | FA |
| 18. 401(k) Wells Fargo Schuylkill Health System Defined Contribution Plan | 8,334.00 | 0.00 | | 0.00 | FA |
| 19. EQUI-VEST AXA | 17,632.00 | 0.00 | | 0.00 | FA |
| 20. Post-Petition Rents (u) | 0.00 | 0.00 | | 2,250.00 | FA |

**Exhibit 8**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: 18-04484 | Judge: Robert N. Opel II | Trustee Name: William G. Schwab |
|---|---|---|
| Case Name: Reiley, Marie J. | | Date Filed (f) or Converted (c): 10/23/2018 (f) |
| | | 341(a) Meeting Date: 11/27/2018 |
| For Period Ending: 01/21/2020 | | Claims Bar Date: 05/23/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 121,903.00 | 0.00 | | 16,961.67 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**Sent to UST**
**7-22-19 Discover Card Refund Ltr dmk**
**06-24-19-Quarterly Review of Status of Case for Outstanding Issues**
**11-26-18- Asset Case- Rental Properties**
**2-20-19 Quarterly Review**

**Initial Projected Date of Final Report(TFR) :** 09/30/2019    **Current Projected Date of Final Report(TFR) :** 12/31/2019

**Trustee's Signature**    /s/William G. Schwab    **Date:** 01/21/2020
William G. Schwab
811-1 Blakeslee Blvd Drive East
Lehighton, PA 18235
Phone : (610) 377-5200

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-04484
Case Name: Reiley, Marie J.
Taxpayer ID No: **-***0400
For Period Ending: 1/21/2020

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1953
Account Name: Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/03/2018 | [12] | MARIE REILEY | CASH FROM DEBTOR | 1129-000 | 635.00 | | 635.00 |
| 12/10/2018 | [20] | ROBIN STROUSE<br>402 N. DELAWARE AVE<br>MINERSVILLE, PA 17954 | DECEMBER RENT -402 N. DELAWARE AVE., MINERSVILLE, PA | 1222-000 | 650.00 | | 1,285.00 |
| 12/12/2018 | 51001 | TRUSTEE INSURANCE AGENCY<br>2813 WEST MAIN<br>KALAMAZOO, MI 49006 | INSURANCE PREMIUM + INSTALLMENT FEE (INVOICE NO. 2002) | 2990-000 | | 473.92 | 811.08 |
| 12/17/2018 | 51002 | MR. BARRY SPIELES<br>1220 MARKET STREET<br>ASHLAND, PA 17921 | PROPERTY MAINTENANCE (23 hrs.) | 2990-000 | | 345.00 | 466.08 |
| 01/07/2019 | 51003 | MR. BARRY SPIELES<br>1220 MARKET STREET<br>ASHLAND, PA 17921 | PROPERTY MAINTENANCE | 2990-000 | | 115.00 | 351.08 |
| 01/08/2019 | 51004 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Bond Premium | 2300-000 | | 0.22 | 350.86 |
| 01/21/2019 | [20] | Sherry Marchefsky<br>612 Market Street 2nd Fl<br>Potttsville, PA , 17901 | Jan Rent for 612 Market Street 2nd Fl Pottsville, PA | 1222-000 | 300.00 | | 650.86 |
| | | | | Page Subtotals | 1,585.00 | 934.14 | |

UST Form 101-7-TDR (10/1/2010) (Page 8)

**Exhibit 9**

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 18-04484 | | Trustee Name: | William G. Schwab |
| Case Name: | Reiley, Marie J. | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******1953 |
| Taxpayer ID No: | **-***0400 | | Account Name | Checking Account |
| For Period Ending: | 1/21/2020 | | Blanket bond (per case limit): | 10,000,000.00 |
| | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/21/2019 | [20] | Marcus Stoss<br>612 Market Street 1st Fl<br>Pottsville PA, 17901 | Jan Rent for 612 Market Street 1st Fl Pottsville, PA | 1222-000 | 300.00 | | 950.86 |
| 01/21/2019 | 51005 | MR. BARRY SPIELES<br>1220 MARKET STREET<br>ASHLAND, PA 17921 | PROPERTY MAINTENANCE | 2990-000 | | 220.00 | 730.86 |
| 02/25/2019 | 51006 | TRUSTEE INSURANCE AGENCY<br>2813 WEST MAIN<br>KALAMAZOO, MI 49006 | INSURANCE PREMIUM + INSTALLMENT FEE (INVOICE NO. 2059) | 2990-000 | | 473.92 | 256.94 |
| 03/04/2019 | [20] | Marcus Stoss<br>612 Market Street 1st Fl<br>Pottsville PA, 17901 | February Rent for 612 Market St 1st Floor Pottsville, PA | 1222-000 | 400.00 | | 656.94 |
| 03/27/2019 | 51007 | TRUSTEE INSURANCE AGENCY<br>2813 WEST MAIN<br>KALAMAZOO, MI 49006 | INSURANCE PREMIUM (Invoice No. 2087) | 2990-000 | | 473.92 | 183.02 |
| 04/11/2019 | 51008 | US POSTMASTER<br>LEHIGHTON, PA 18235 | REIMBURSEMENT OF OUT-OF-POCKET POSTAGE (MISCELLANEOUS SERVICING FEES) | 2690-000 | | 9.00 | 174.02 |
| 04/15/2019 | [20] | M. STOSS<br>612 W. MARKET STREET<br>POTTSVILLE, PA 17901 | RENT FOR 612 W. MARKET STREET, POTSVILLE, PA | 1222-000 | 300.00 | | 474.02 |
| | | | Page Subtotals | | 1,000.00 | 1,176.84 | |

Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 18-04484
Case Name: Reiley, Marie J.

Taxpayer ID No: **-***0400
For Period Ending: 1/21/2020

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1953
Account Name Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction / Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/17/2019 | [20] | Sherry Marchefsky<br>612 Market Street 2nd Fl<br>Potttsville, PA , 17901 | RENT FOR 612 MARKET ST., POTTSVILLE, PA<br>1222-000 | 300.00 | | 774.02 |
| 04/24/2019 | 51009 | BUSINESS CARD SERVICES<br>PO BOX 84030<br>COLUMBIA, GA 31908-4030 | REIMBURSEMENT OF CREDIT CARD CHARGES (FILING FEE)<br>2690-000 | | 181.00 | 593.02 |
| 04/26/2019 | 51010 | TRUSTEE INSURANCE AGENCY<br>2813 WEST MAIN<br>KALAMAZOO, MI 49006 | INSURANCE PREMIUM (Invoice No. 2123)<br>2990-000 | | 473.92 | 119.10 |
| 05/14/2019 | 51011 | BARCLAYS | REIMBURSEMENT OF CREDIT CARD CHARGE (SERVICE OF NOTICE OF MOTION TO SELL REAL PROPERTY)<br>2690-000 | | 36.30 | 82.80 |
| 05/14/2019 | 51012 | BARCLAYS | REIMBURSEMENT OF CREDIT CARD CHARGE (SERVICE OF NOTICE OF MOTION TO ABANDON PROPERTY)<br>2690-000 | | 22.10 | 60.70 |
| 06/11/2019 | 51013 | DENA M. KISTLER | NOTARIAL SERVICES (SHORT SALE AFFIDAVIT)<br>2690-000 | | 5.00 | 55.70 |
| 06/14/2019 | 51014 | DENA M. KISTLER | NOTARIAL SERVICES (TRUSTEE DEED - SALE OF 402 N. DELAWARE AVE., MINERSVILLE)<br>2690-000 | | 5.00 | 50.70 |
| | | | Page Subtotals | 300.00 | 723.32 | |

UST Form 101-7-TDR (10/1/2010) (Page 10)

**Exhibit 9**

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page 4

| | |
|---|---|
| Case No: 18-04484 | Trustee Name: William G. Schwab |
| Case Name: Reiley, Marie J. | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******1953 |
| Taxpayer ID No: **-***0400 | Account Name Checking Account |
| For Period Ending: 1/21/2020 | Blanket bond (per case limit): 10,000,000.00 |
| | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/24/2019 | | HOME SALE SETTLEMENT SERVICES<br>2213 QUARRY DRIVE<br>SUITE 105<br>WEST LAWN, PA 19609 | SALE PROCEEDS FOR 402 NORTH DELAWARE AVE, MINERSVILLE, PA PER COURT ORDER DATED 5-8-19 | | 7,500.00 | | 7,550.70 |
| | [5] | | | 14,076.67 | 1110-000 | | |
| | | | First American Title (569.00) | 2500-000 | | | |
| | | | Recdg Fee & Transfer Tax (273.50) | 2500-000 | | | |
| | | | Buyer's Premium-Auction.com (2,500.00) | 2500-000 | | | |
| | | | Final Water, Sewer Trash Bills (480.37) | 2500-000 | | | |
| | | | Minersville Tax Collector (666.71) | 2820-000 | | | |
| | | | BHHS Homesale Ralty (335.25) | 3520-000 | | | |
| | | | Payoff-Mr. Cooper (1,751.84) | 4110-000 | | | |
| 06/26/2019 | 51015 | UPS<br>PO BOX 7247-0244<br>PHILADELPHIA, PA 19170-0001 | UPS OVERNIGHT FEE (Mailing of Executed Trustee Deed for the Sale of 402 N. Delaware Ave.) | 2690-000 | | 22.64 | 7,528.06 |
| 06/28/2019 | 51016 | TRUSTEE INSURANCE AGENCY<br>2813 WEST MAIN<br>KALAMAZOO, MI 49006 | INSURANCE PREMIUM (Invoice No. 2157) | 2990-000 | | 127.25 | 7,400.81 |
| | | | Page Subtotals | | 7,500.00 | 149.89 | |

UST Form 101-7-TDR (10/1/2010) (Page 11)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 18-04484 | Trustee Name: William G. Schwab |
| Case Name: Reiley, Marie J. | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******1953 |
| Taxpayer ID No: **-***0400 | Account Name: Checking Account |
| For Period Ending: 1/21/2020 | Blanket bond (per case limit): 10,000,000.00 |
| | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) / Disbursements($) | Account/ CD Balance($) |
| 08/01/2019 | 51017 | UPS<br>PO BOX 7247-0244<br>PHILADELPHIA, PA 19170-0001 | UPS OVERNIGHT ADDITIONAL FEES | 2690-000 | 4.86 | 7,395.95 |
| 08/01/2019 | 51018 | PPL ELECTRIC UTILITIES<br>2 NORTH 9TH STREET CPC-GENN1<br>ALLENTOWN, PA 18101-1175 | UTILITY BILL FOR 612 W. MARKET ST., POTTSVILLE (ACCT. NO. 45470-38026) | 2690-000 | 568.20 | 6,827.75 |
| 01/02/2020 | 51019 | William G. Schwab, Trustee<br>811 BLAKESLEE BLVD DRIVE EAST<br>LEHIGHTON, PA 18235 | Trustee's Compensation | 2100-000 | 2,446.17 | 4,381.58 |
| 01/02/2020 | 51020 | Douglas and Robin Strouse<br>120 S 2nd St<br>Saint Clair, PA 17970 | Disb of 21.92% to Claim #00001 | 7100-000 | 306.85 | 4,074.73 |
| 01/02/2020 | 51021 | Discover Bank Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054 | Disb of 21.92% to Claim #00002 | 7100-000 | 2,831.17 | 1,243.56 |
| 01/02/2020 | 51022 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090 | Disb of 21.92% to Claim #00003 | 7100-000 | 1,243.56 | 0.00 |
| | | | Page Subtotals | | 0.00  7,400.81 | |

UST Form 101-7-TDR (10/1/2010) (Page 12)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| Case No: | 18-04484 | | Trustee Name: | William G. Schwab |
| Case Name: | Reiley, Marie J. | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******1953 |
| Taxpayer ID No: | **-***0400 | | Account Name | Checking Account |
| For Period Ending: | 1/21/2020 | | Blanket bond (per case limit): | 10,000,000.00 |
| | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | Page Subtotals | | | | |
| | | | **COLUMN TOTALS** | | 10,385.00 | 10,385.00 | |
| | | | Less:Bank Transfer/CD's | | 0.00 | 0.00 | |
| | | | **SUBTOTALS** | | 10,385.00 | 10,385.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **Net** | | 10,385.00 | 10,385.00 | |

| | | | |
|---|---|---|---|
| All Accounts Gross Receipts: | 16,961.67 | | |
| All Accounts Gross Disbursements: | 16,961.67 | | |
| All Accounts Net: | 0.00 | | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******1953 Checking Account | 10,385.00 | 10,385.00 | |
| **Net Totals** | 10,385.00 | 10,385.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 13)

**Exhibit 9**

Case 5:18-bk-04484-RNO   Doc 64   Filed 02/06/20   Entered 02/06/20 15:17:33   Main Document   Page 13 of 13