```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                              Case No. 18-04484-RNO
Marie J. Reiley                                                     Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke          Page 1 of 1          Date Rcvd: Feb 06, 2020
                      Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2020.
db             #+Marie J. Reiley,    1011 Howard Avenue,    Pottsville, PA 17901-3423

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2020 at the address(es) listed below:
      Albert Joseph Evans    on behalf of Creditor    Borough of Minersville clehr@feplawyers.com,
       eprock@feplawyers.com;cmcillwain@feplawyers.com
      Alexandra Teresa Garcia    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com,
       ecfmail@ecf.courtdrive.com
      Amanda L. Rauer    on behalf of Creditor    BANK OF AMERICA, N.A. amanda.rauer@pkallc.com,
       chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
       aynor-paul@pkallc.com;harry.reese@pkallc.com
      Eric James Filer    on behalf of Trustee William G Schwab (Trustee) efiler@uslawcenter.com,
       ecf@uslawcenter.com
      James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      Jill Manuel-Coughlin    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@powerskirn.com
      Karina Velter    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
       amps@manleydeas.com
      Raymond M Kempinski    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com,
       ecfmail@ecf.courtdrive.com
      Thomas J. Campion, Jr    on behalf of Debtor 1 Marie J. Reiley tjc@pottsvillelaw.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
      William G Schwab    on behalf of Trustee William G Schwab (Trustee) ECF@uslawcenter.com,
       schwab@uslawcenter.com
      William G Schwab (Trustee)    schwab@uslawcenter.com,
       wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                                                   TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Marie J. Reiley,  
    **Debtor 1**

Chapter 7

Case No. 5:18–bk–04484–RNO

Social Security No.:  
    xxx–xx–0400

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

    **William G Schwab (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: February 6, 2020

By the Court,

Honorable Robert N. Opel, II  
United States Bankruptcy Judge  
By: ChristopherGambini, Deputy Clerk

**fnldec** (05/18)